RECEIVED
OVER THE COUNTER

OCT 12 2007

THE OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

**FORM 2**
**COVER SHEET**

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)
_____Eracent, Inc.__________________________________________

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): _G. Matthew Koehl__________________________

Firm Name: _Kirkpatrick & Lockhart Preston Gates Ellis LLP____________________________

Post Office Box: ______________________________________

Street Address: _1601 K Street, N.W. ________________________

City-State-Zip: _Washington, DC 2006_____________________________________

Telephone & Facsimile Numbers: _(202) 778-9000 (ph.); (202) 778-9100________________

Is the attorney of record admitted to the Court of Federal Claims Bar? XX Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? XX Yes ☐ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6402 for admission papers and/or enrollment instructions.

Nature of Suit Code: 140
Select only one (three digit) nature-of-suit code from the attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: NAV
See attached sheet for three-digit codes.

Amount Claimed: $_N/A___________________________________
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? XX Yes ☐ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $_1,263,123.04______________________
Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:
Date of Vaccination: _N/A______________________

Related Cases:
Is this case directly related to any pending or previous case? ☐Yes XX No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.