**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| ERACENT, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | CASE NUMBER<br><br>__________________ |

**INDEX OF ATTACHMENTS**

| | |
|---|---|
| Attachment 1: | Delivery Order N00104-04-F-Q514 |
| Attachment 2: | DON Enterprise IT Asset Management Lessons Learned |
| Attachment 3: | Modification P00008 |
| Attachment 4: | Dismissal of BDNA Corporation's Bid Protest |
| Attachment 5: | September 25, 2007 Letter to General Counsel, U.S. Department of the Navy |
| Attachment 6: | Response from Department of Navy to September 25, 2007 Letter |
| Attachment 7: | DLT's GSA Contract Number GS-35F-4543G |
| Attachment 8: | Article Regarding BDNA's Release of Version 4.0 of Technology Inventory Software |

# ATTACHMENT 1

# SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS

*Offeror to complete blocks 12, 17, 12, 24, & 30*

1. REQUISITION NUMBER: N0003904RCFP001
PAGE: 1 OF 6

2. CONTRACT NO.: GS-35F-4543G
3. AWARD/EFFECTIVE DATE: 9/29/2004
4. ORDER NUMBER: N00104-04-F-Q514
5. SOLICITATION NUMBER:
6. SOLICITATION ISSUE DATE:
7. FOR SOLICITATION INFORMATION CALL: A. NAME: B. TELEPHONE (No Collect Calls):
8. OFFER DUE DATE:

9. ISSUED BY CODE: N00104

DEPARTMENT OF THE NAVY
NAVAL INVENTORY CONTROL POINT
5450 CARLISLE PIKE
P. O. BOX 2020
MECHANICSBURG, PA 17055-0788

10. THIS ACQUISITION IS
☐ UNRESTRICTED
☐ SET-ASIDE: 100% FOR
☐ SMALL BUSINESS
☐ SMALL DISADV. BUSINESS
☐ 8(A)
SIC:
SIZE STANDARD:

11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED
☐ SEE SCHEDULE

12. DISCOUNT TERMS: NET 30 DAYS

☒ 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15CFR 700)
13b. RATING: DO-A7

14. METHOD OF SOLICITATION
☐ RFQ ☐ IFB ☐ RFP

15. DELIVER TO CODE:

SEE STATEMENT OF WORK - ATTACHMENT A

16. ADMINISTERED BY CODE: N00104

SAME AS BLOCK 9
POC: S.C. JOHNSON
CODE: 0272.5
PHONE: 717-605-1548
FAX: 717-605-4600
EMAIL: SYLVIA.JOHNSON@NAVY.MIL

17. CONTRACTOR/OFFEROR CODE: 0S0H9 FACILITY:

DLT SOLUTIONS, INCORPORATED
360 HERNDON PARKWAY, SUITE 700
HERNDON, VA 20170

POC: ADAM MCDOWELL
PHONE: 703-708-9107
EMAIL: ADAM.MCDOWELL@DLT.COM

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18. PAYMENT WILL BE MADE BY: CODE: N68342

DEFENSE FINANCE & ACCOUNTING SERVICE
CHARLESTON OPERATING LOCATION
CODE FP VENDOR PAY/TRAVEL
P.O. BOX 118054
CHARLESTON, SC 29423-8054

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED ☒

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| SEE PAGE 2 | DISTRIBUTION: (1) BLOCK 18<br>(2) PURCHASE FILE (1) FULTON.FULTON@NAVY.MIL<br>(2) CONTRACTOR (1) MARSHA.THURMAN@NAVY.MIL<br>(1) NAVICP M0272 (DB) (1) THAY.SAM@NAVY.MIL<br>(1) NAVICP M012 (1) LINDA.GREENWADE@NAVY.MIL<br>(1) NAVICP M0252 (EDA) (1) ELIZABETH.VONASEK@NAVY.MIL | | | | |

25. ACCOUNTING AND APPROPRIATION DATA
AA: 1741804.5C1C 252 EA1ES 068342 2D 01C1C0 790BD0000BD RCP N0003904RCFP001

26. TOTAL AWARD AMOUNT (For Government Use Only): $4,158,872.71

☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3, AND 52.212-5, ARE ATTACHED. ADDENDA ☐ ARE ☐ ARE NOT ATTACHED.
☒ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4 AND FAR 52.212-5. ADDENDA ☒ ARE ☐ ARE NOT ATTACHED.

☒ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN 1 COPY TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FOR OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

29. AWARD OF CONTRACT: REFERENCE ______ OFFER DATED ______. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS: SEE BLOCK 19.

30a. SIGNATURE OF OFFEROR/CONTRACTOR:
31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER): R L Klinger

30b. NAME AND TITLE OF SIGNER (TYPE OR PRINT):
30c. DATE SIGNED: 09/30/2004
31b. NAME OF CONTRACTING OFFICER: R. L. KLINGER
31c. DATE SIGNED: 09/30/2004

32a. QUANTITY IN COLUMN 21 HAS BEEN
☐ RECEIVED ☐ INSPECTED ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED

33. SHIP NUMBER
☐ PARTIAL ☐ FINAL
34. VOUCHER NUMBER
35. AMOUNT VERIFIED CORRECT FOR
36. PAYMENT
☐ COMPLETE ☐ PARTIAL ☐ FINAL
37. CHECK NUMBER

32b. SIGNATURE OF AUTHORIZED GOVT REPRESENTATIVE
32c. DATE SIGNED
38. S/R ACCOUNT NUMBER
39. S/R VOUCHER NUMBER
40. PAID BY

41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT
41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER
41c. DATE
42a. RECEIVED BY (Print)
42b. RECEIVED AT (Location)
42c. DATE REC'D (YY/MM/DD)
42d. TOTAL CONTAINERS

AUTHORIZED FOR LOCAL REPRODUCTION STANDARD FORM 1449 (10-95)

| ITEM | SUPPLIES/SERVICES | QTY | UNIT | U/P | AMOUNT |
|---|---|---|---|---|---|
| 0001 | DON Infrastructure Discovery Data for DON CONUS Non-Tactical and Business Systems on NMCI and Legacy TCP-IP networks.<br>Non-personal services in accordance with the SOW shown in Attachment A to provide delivery of controlled, web-enabled access to DON inventory data. | | | | |
| 0001AA | Asset Management Database & Network Device Discovery Data<br>IAW SOW, Attachment A.3.2.1, Task 1 & Attachment A.3.2.2, Task 2<br>Delivery Date: 60 days from contract award. | 1 | LOT | $861,428.57 | $861,428.57 |
| 0001AB | Systems Information Discovery Data<br>IAW SOW, Attachment A.3.2.3, Task 3<br>Delivery Date: 60 days from acceptance of CLIN 0001AA | 1 | LOT | $339,350.65 | $339,350.65 |
| 0001AC | Database and Application Discovery Data<br>IAW SOW, Attachment A.3.2.4, Task 4<br>Delivery Date: 90 days from acceptance of CLIN 0001AB | 1 | LOT | $234,935.06 | $234,935.06 |
| | | | | | 1,435714.2 |
| 0002 | Ongoing Operations and Reports<br>IAW SOW Attachment A.5.2 | 10 | MOS | $187,948.05 | $1,879,480.50 |

Delivery Date: Continuously for automated queries, starting 30 days after contract award. As specified in the SOW for all other reports.

Additionally, as a minimum, the contractor will provide, distributed via NMCI or PEO-IT portals, the following:

- Deliver summary reports at the completion of Tasks 2, 3 and 4 that contain the results of the discovery and open issues within the scope of the task.
- Deliver a monthly detailed change report that contains updates as a result of corrections and updates produced through the Discovery tool or Asset Management Tool. The contractor will provide remote views to COR approved users.
- Support the creation and distribution via the NMCI Intranet of ad-hoc or analytic reports as requested by the COR.
- Deliver a monthly project status report and executive summary report that outlines the project activities and events of interests occurring during the analysis for presentation to the PEO-IT Project Management team.

| ITEM | SUPPLIES/SERVICES | QTY | UNIT | U/P | AMOUNT |
|---|---|---|---|---|---|
| 0003 | DON Infrastructure Discovery Data for DON OCONUS Non-Tactical and Business Systems on NMCI and Legacy TCP-IP networks. Non-personal services in accordance with the SOW shown in Attachment A to provide delivery of controlled, web-enabled access to DON inventory data. | | | | |
| 0003AA | Asset Management Database & Network Device Discovery Data IAW SOW, Attachment A.3.2.1, Task 1 & Attachment A.3.2.2, Task 2<br>Delivery Date: 120 days from contract award. | 1 | LOT | $405,132.47 | $405,132.47 |
| 0003AB | Systems Information Discovery Data IAW SOW, Attachment A.3.2.3, Task 3<br>Delivery Date: 60 days from acceptance of CLIN 0003AA | 1 | LOT | $271,480.52 | $271,480.52 |
| 0003AC | Database and Application Discovery Data IAW SOW, Attachment A.3.2.4, Task 4<br>Delivery Date: 90 days from acceptance of CLIN 0003AB | 1 | LOT | $167,064.94 | $167,064.94<br>843,677.93 |
| 0004 | OPTION ITEM<br>DON Infrastructure Discovery Data Maintenance and Update of Discovered Scope<br>Non-personal services in accordance with the SOW, Attachment A to provide delivery of controlled, continuously updated, web-enabled access to the inventory data discovered. This option may be exercised in three month increments. Lot price denotes one three month increment with a total of two increments available for ordering. | 2 | LOT | $563,844.16 | $1,127,688.32 |

Reporting as required by the SOW shown in Attachment A shall be provided. Delivery Date: Continuously for automated queries, starting 30 days after exercise of option.

As specified in the SOW for all other reports. As a minimum, the contractor will provide the following, distributed via NMCI or PEO-IT portals:

- Deliver summary reports at the completion of Tasks 2, 3 and 4 that contain the results of the discovery and open issues within the scope of the task.
- Deliver a monthly detailed change report that contains updates as a result of corrections and updates produced through the Discovery tool or Asset Management Tool. The contractor will provide remote views to COR approved users
- Support the creation and distribution via the NMCI Intranet of ad-hoc or analytic reports as requested by the COR.
- Deliver a monthly project status report and executive summary report that outlines the project activities and events of interests occurring during the analysis for presentation to the PEO-IT Project Management team.

| ITEM | SUPPLIES/SERVICES | QTY | UNIT | U/P | AMOUNT |
|---|---|---|---|---|---|
| 0005 | OPTION ITEM<br>Procurement of Tools and Hardware<br>The contractor shall provide license for the automated discovery tool and software. This will include a perpetual license for unlimited enterprise deployment of the discovery tool software across all DON networks, and as required by the SOW, Attachment A. Additionally, the contractor shall provide training to DON personnel or designated individuals as required in support of the asset management database transition. Each option specified below may be individually exercised. Stated prices are not conditioned on the exercise of both options.<br>Delivery Date: 30 days from exercise of option | | | | |
| 0005AA | Software, excluding ORACLE licenses, IAW Attachment A, SOW<br>BDNA Inventory Application - Enterprise wide perpetual license for the Department of the Navy<br>- Terms and conditions of the BDNA Software License Maintenance Agreement apply to this software license as shown in Attachment B<br>- Software purchase includes one year of support provided there has been no lapse in the performance period | 1 | LOT | $2,526,246.08 | $2,526,246.08 |
| 0005AB | Hardware IAW Attachment A, SOW to include the following configuration:<br>3 Dell 24RU Rolling Rack Chassis<br>39 Dell PE 750, 1RU, 1 P4 CPU, 4GB Memory, 2 x 80 GB SATA Drives<br>1 Dell AX100DP, 3RU, 18 x 250GB SATA Drives<br>2 Dell PE 6650, 4RU, 4 x Xeon CPU, 4GB Memory, 3 x 73GB SCSI Drives<br>1 Dell PE 6600, 7RU, 4 x Xeon CPU, 4GB Memory, 12 x 146 GB SCSI Drives<br>3 1RU Ethernet (10/100/1000) switch<br>7 Remote IP Power Distribution Unit<br>3 Remote IP KVM Switch | 1 | LOT | $234,935.06 | $234,935.06<br>2,761,181 |
| 0005AC | Training IAW Attachment A, SOW | 1 | LOT | NSP | NSP |
| 0006 | OPTION ITEM<br>Maintenance of Item 0005<br>IAW SOW, Attachment A.3.4<br>Maintenance fees are payable quarterly in arrears.<br>Period of Performance: 1 year commencing upon expiration of warranty | 4 | QTR | $257,861.84 | $1,031,447.36 |

The following clause applies to the options included in Items 0004, 0005 and 0006. Performance is not authorized under these items unless a fully funded modification is issued by the Contracting Officer to exercise each option.

**52.217-9 -- Option to Extend the Term of the Contract.**

(a) The Government may extend the term of this contract by written notice to the Contractor within thirteen months from the date of this contract; provided, that the Government gives the Contractor a preliminary written notice of its intent to extend at least 45 days before the contract expires. The preliminary notice does not commit the Government to an extension.

(b) If the Government exercises this option, the extended contract shall be considered to include this option clause.

(c) The total duration of this contract, including the exercise of any options under this clause, shall not exceed 42 months.

**ORDER ADMINISTRATION APPOINTMENT AND DUTIES**

In order to facilitate administration of this order, the following delineation of duties is provided including the names, addresses and phone numbers for each individual or office as specified. The individual/position designated as having responsibility should be contacted for any questions, clarifications or information regarding the functions assigned.

**PROCURING CONTRACTING OFFICER** (PCO) is responsible for:

a. All pre-award information, questions, or data;
b. Freedom of Information inquiries;
c. Changes/questions/information regarding scope, terms or conditions of the order;
d. Obligating the funds by issuance of the modification; and
e. All contract administration matters.

| | | | |
|---|---|---|---|
| Name: | Sylvia Johnson | Phone: | 717-605-1548 |
| Address: | Naval Inventory Control Point | Fax: | 717-605-4600 |
| | Code 0272.5 | Email: | sylvia.johnson@navy.mil |
| | 5450 Carlisle Pike | | |
| | Mechanicsburg, PA 17055 | | |

**CONTRACTING OFFICER'S REPRESENTATIVE** (COR) is responsible for:

a. Control all Government technical interface with the contractor and coordinate all actions listed in the order as Government responsibilities;
b. Ensure that a copy of all Government technical correspondence is forwarded to the Contracting Officer;
c. Promptly furnish documentation on any request for change, deviation, or waiver, whether generated by the Government or the contractor, to the Contracting Officer for action;
d. Determine causes when the contract is not progressing as expected and make recommendations to the Contracting Officer for corrective action;
e. Monitor contractor performance, receive and accept deliverables;
f. Receive and approve contract invoices for payment. Forward approved invoices to the pay office and provide a copy of the certification to the Contracting Officer;
g. Monitor Government Furnished Property. Ensure that the property provided the contractor is authorized by the order;
h. Submit a written report on the contractor's performance to the contracting officer. This report shall be submitted within 60 days of completion of the order, but in no event less than annually; and
i. Maintain a COR file to document actions taken under this order.

**NOTE:** When, in the opinion of the contractor, the COR requests effort outside the existing scope of the order, the Contractor shall promptly notify the Contracting Officer in writing. No action shall be taken under such direction until the Contracting Officer has issued a modification to the order; or until the issue has otherwise been resolved. THE COR IS NOT AN ADMINISTRATIVE CONTRACTING OFFICER AND DOES NOT HAVE AUTHORITY TO DIRECT THE ACCOMPLISHMENT OF EFFORT WHICH IS BEYOND THE SCOPE OF THE STATEMENT OF WORK IN THE DELIVERY ORDER.

| | | | |
|---|---|---|---|
| Name: | Marsha Thurman | Phone: | 703-602-9802 |
| Address: | Program Executive Office Information Technology | Email: | marsha.thurman@navy.mil |
| | 2451 Crystal Drive | | |
| | Suite 1139 | | |
| | Arlington, VA 22202-4804 | | |

**PAYING OFFICE** is responsible for payment of proper invoices after acceptance is documented and invoice is certified by the COR.

Address: Defense Finance & Accounting Service
Charleston Operating Location
Code FP Vendor Pay/Travel
P.O. Box 118054
Charleston, SC 29423-8054

Acquisition, Contracting, and Technical (ACT) Fee. The cost of awarding, administering and managing this order is included in the unit prices at a rate of .5%. The contractor shall remit this ACT fee on a calendar quarterly basis as calculated on delivered items for which payment has been received. All payments received shall be reported to the contracting office on a quarterly basis in a format that will be provided under separate cover. Fees are due thirty (30) days following approval of the report for the quarterly period.

Remit ACT Fees by corporate or cashier's check made payable to "Treasurer of the United States".

Checks must include the following information to ensure proper crediting of the payment:
Order N00104-04-F-Q514
ACT Fee

If using overnight or express mail, send check to:
SPAWAR Systems Center Charleston
Attn: Elizabeth Vonasek
Norfolk Office
Code J811.2, Bldg. V53
9456 Fourth Avenue
Norfolk, VA 23511-2130

If using regular mail, send check to:
SPAWAR Systems Center Charleston
Attn: Elizabeth Vonasek
Norfolk Office
Code J811.2, Bldg. V53
P.O. Box 1376
Norfolk, VA 23501-1376

Email a copy of the check to: linda.greenwade@navy.mil

# ATTACHMENT 2

NMCI
NAVY MARINE CORPS INTRANET

# DON Enterprise IT Asset Management

# Lessons Learned

8 JUNE 2006

## TABLE OF CONTENTS


1 INTRODUCTION ..... 2

1.1 PURPOSE ..... 2
1.2 PROJECT OVERVIEW ..... 2

2 LESSONS LEARNED ..... 4

2.1 CONTRACT, PROCUREMENT, AND FUNDING ..... 4
2.2 PROJECT GOVERNANCE ..... 5
2.3 ONGOING EDS SUPPORT ..... 5
2.4 SECURITY CONSIDERATIONS ..... 6
2.5 TECHNICAL CHALLENGES ..... 6
2.5.1 IP Address Plan ..... 6
2.5.2 Routable Network Access ..... 6
2.5.3 Network and Device Port Blocking ..... 7
2.5.4 Personal Firewalls ..... 8
2.5.5 Firewall Proxy ..... 8
2.5.6 Missing Credentials ..... 8
2.5.7 Windows Management Instrumentation (WMI) Not Enabled ..... 9
2.5.8 Security Technical Implementation Guidelines (STIG) Computers ..... 9
2.5.9 VPN Requirement ..... 10
2.6 SCAN TOOL METHODOLOGY AND OPERATIONS ..... 11
2.7 DISCOVERY OPERATIONS AND SUPPORT ..... 14

3 SUMMARY ..... 15

# 1 Introduction

PEO-IT initiated the IT Asset Discovery project in October 2004. A services contract was awarded to the BDNA Corporation to provide automated and centralized IT Asset Discovery to gather IT Asset information about Naval DON enterprise IT network assets on a recurring basis. BDNA's discovery tool has the capability of collecting detailed and comprehensive data and storing the collected data in a centralized repository. The collected asset data is made immediately available to authorized personnel for online analysis through the Asset Management User Interface (U/I).

The current project concluded in June, 2006. DON-CIO has initiated an IT Asset Management IPT to develop DON IT Asset Management requirements and to provide governance and oversight over IT Asset Discovery efforts.

## 1.1 Purpose

This document's purpose is to identify the Lessons Learned from the BDNA IT Asset Discovery project, and to highlight challenges the Navy may need to examine before another IT Asset Management initiative is launched.

## 1.2 Project Overview

The objective of Enterprise IT Asset Management project was to provide complete IT asset visibility to enable IT asset governance and management oversight. The discovery scope was all CONUS networked asset information (business devices and applications) in the Department of the Navy with the exception of the following:

- Classified networks
- Tactical networks
- Afloat networks

An automated and centralized IT Asset Discovery process was to be used to gather information about Naval DON enterprise IT network assets on a recurring basis. These discovery activities collected detailed and comprehensive data for storage in a centralized repository. The collected asset data was to be made immediately available to authorized personnel for online analysis through the Asset Management U/I. The U/I can organize and provide different asset views that can be used for business, technical or functional analyses.

BDNA is an IT Asset Discovery application has the capability for discovering networked assets such as computer operating systems, printers, VoIP-enabled devices, firewalls, routers, or applications residing on desktops or servers. Asset information is then stored in the central repository for easy access using a web browser.

The Navy deployed the IT Asset Discovery collectors at the NNSOC, Dahlgren, VA Server Farm for Navy sites and at MCNOSC, Quantico VA for USMC sites. The IT Asset Management Data repository was located at a Navy controlled facility on the NMCI network. All user access was from an NMCI seat.

The BDNA IT Asset Discovery Process gathered data at three different levels:

**Level 1 Device Discovery & Typing** - Network device discovery and typing.
Examples: Device: type & manufacturer; OS type; network services

**Level 2 Systems Information** - Operating system-level information, including file systems.
Examples: Server details, OS type & version, machine type & model, serial number, software manufacturer and version, etc.

**Level 3 Databases & Applications** - Database and application-level data collection.
Examples: user accounts, storage usage, account activity

Over the project lifecycle, the IT Asset Management team performed centralized, recurring scans of the Navy and USMC NMCI networks, and of the Legacy USMC networks. The project team provided onsite scanning of Legacy networks to provide asset intelligence in support of the CCZ activities. In the process of scanning, IT Asset Discovery gathered information on over 295,000 networked DON assets.

# 2 Lessons Learned

The major areas covered in the Lessons Learned are as follows:

- Contract, Procurement, and Funding
- Executive Leadership
- Navy & USMC Network Issues
- Scan Tool Prerequisites
- Scan Tool Operations

The Lessons Learned are also rated by the following importance rating:

- High – Critical to the project success
- Medium – Significant project impact
- Low – Recommended, but low impact

## 2.1 Contract, Procurement, and Funding

**Rating: High**

**Description:**
The original Statement of Work for services contract for acquiring IT Asset Discovery services was written without complete knowledge of the capabilities of the tools or the difficulty in executing the services in the Navy environment. For example, the language concerning the delivery of data at the end of the contract stated that the data was the property of the Navy. What was not discussed was that the Oracle database was proprietary and could not be used by the Navy after the BDNA Application was removed. There were no requirements on what data should be delivered or whether BDNA should expend any effort to provide useful data past what they had determined was useful.

Also, the project was funded for one year. The project team time spent significant time developing funding justifications which had an impact on the BDNA discovery operational and analytical activities.

**Recommendations:**

1. Project requirements, activities and deliverables need to be clearly researched, and defined in the contract.
2. Develop a long term funding strategy before launching project
3. Align appropriate funding to the project-requirements.

## 2.2 Project Governance

**Rating:** **High**

**Description:**
Governance for this project was not clearly defined.

**Recommendations:**
Enterprise projects like DON IT Asset Discovery need adequate governance and proper level of sponsorship to ensure successful planning, requirements generation, prioritization and evaluation of results.

1. Establish IT Asset Management Working Group to provide priority and operational oversight for the Asset Management project. The IT Asset Management Working Group's Mission Charter would be to identify the discovery priorities, and develop the operational strategy and funding requirements for Enterprise IT Asset Management. The IT Asset Management Working Group would report to an Executive body that has overall DON IT Asset Management executive oversight.
2. One of the most crucial activities to the success of the project is to establish an effective Communications Plan Strategy. The Communications Plan should be matrixed to include upward and downward discussions across all DON levels from Executive Level to the individual Echelons and Commands. The Plan should discuss the project Governance, timeline, activities, and benefits. The Communications Plan should describe the communications approach, frequency, and communications vehicles to be used.

## 2.3 Ongoing EDS Support

**Rating:** **High**

**Description:**
NMCI's involvement is critical for quickly deploying and supporting an IT Asset Management capability across the NMCI and AOR'd networks. The initial project did not fund NMCI (EDS) support for the project Discovery activities. This resulted in a slower pace for the project as EDS technical assistance needed to be negotiated on a continuing basis to provide network access.

**Recommendations:**
An NMCI support contract needs to be defined, funded, and negotiated.

1. Obtain PM-NMCI Executive commitment for the project
2. Define specific EDS tasks and deliverables
3. Negotiate MOA or contract for EDS support
4. Include ongoing NMCI support requirement in project funding

### 2.4 Security Considerations

**Rating:** **High**

**Description:**
The vendor member of the project discovery team experienced problems with security clearances during the CCZ scans, and while attempting to scan Navy NMCI Community of Interest (COI's). Additionally, other NETWARCOM security requirements were driving the aggregated Sensitive But Unclassified (SBU) discovery data to become classified.

**Recommendations:**
1. Ensure that the vendor and project personnel involved with asset discovery, systems operations, and data analyses have the proper security credentials.
2. Develop a proactive plan for defining the SBU Data aggregation point, when the aggregation point has been reached, and how the classified data will be managed and accessed when data crosses the classified threshold.

### 2.5 Technical Challenges

Inaccuracies in the IP Plan caused lower quality scans.

#### 2.5.1 IP Address Plan

**Rating:** **High**

**Description:**
The BDNA IT Asset Discovery process uses non-intrusive techniques to gather information about networked IT Assets. Instead, it performs scanning using a group or range of provided TCP/IP addresses. These IP addresses are entered into the BDNA Discovery tool before the discovery process can begin. Because the TCP/IP addresses must be provided for scanning; it becomes critical to have an accurate IP address plan. If the IP address plan is incomplete or inaccurate, networked assets will not be scanned and no data will be collected, or time is wasted scanning IP Addresses that are unused.

The Navy NMCI IP address plan was originally provided at the beginning of the project and was not updated over the course of the project. This caused an undercounting of assets since the discovery process was not scanning active networks and potentially scanning inactive segments. The USMC IP address plan provided to the team was out of date.

**Recommendations:**
1. Develop a process of obtaining, updating and maintaining IP Address Plans
2. Utilize the latest or most accurate IP Address Plan for legacy scans or recurring NMCI scans.

#### 2.5.2 Routable Network Access

**Rating:** **High**

**Description:**

Some of the primary objectives for deploying a centralized IT Asset Discovery process was to be able to gather information about DON enterprise IT network assets in a cost-effective and on a reoccurring basis. In order to accomplish this, the project team assumed routable network access between the centralized IT Asset Discovery server and the target IP address ranges.

The team often could not obtain routable network access at Legacy sites and this caused significant delays in performing remote scans. Every Legacy network had different or a unique set of challenges. Frequently the Legacy site network administrators had control over only portions of the network. Often, obtaining routable access across the entire legacy site was difficult or impossible because the owners were unknown.

Additionally, the USMC did not have routable access to large portions of their NMCI network from the IT Asset Discovery collector server network location.

**Recommendations:**

1. Incorporate a pre-discovery process for legacy networks in project planning.
2. Involve all network claimants in the pre-discovery process.
3. Test for routable access to all known network segments before performing an actual scan.
4. The discovery process will be an iterative process. Don't expect successful results from the initial discovery. Plan on multiple scans to bring scan results to acceptable levels.

### 2.5.3 Network and Device Port Blocking

**Rating:** **High**

**Description:**

Because BDNA discovery is agentless, it uses a series of queries to identify and gather information about networked assets. The queries used by this type of discovery require that a majority of the most commonly know IP ports be open or enabled.

For security reasons, Network and Device IP Port blocking is implemented by many local Navy / USMC commands and has caused discovery and device typing problems.

At Legacy sites it was often possible to have firewall or central router configurations changed to allow the BDNA server to temporarily to pass BDNA traffic on all ports for a specific period of time. However in a many cases there were multiple levels of firewalls and the security personnel could only change one set of firewalls and did not know about the next level. A scan team would show up at an installation having made previous coordination's concerning firewalls only to find additional firewall whose owners were not available. This made it very difficult or impossible to effect changes in a given time window, severely limiting the scanning capabilities.

**Recommendations:**

1. Consider the requirement for blocking / unblocking of IP ports to support agentless discovery scans.
2. Place a remote collection server internally to network as an alternative to opening multiple ports

3. Consider an agent-based solution to minimize IP Port opening.

### 2.5.4 Personal Firewalls

**Rating:** Low

**Description:**
Personal (software based) Firewalls installed on workstations and servers cause issues with IT Asset Discovery since they block ports. The result was poor data collection and device typing. Unlike port blocking at a router or firewall, this port blocking was at the end device. Because this was an end device, BDNA was able to develop a fingerprint for NMCI Workstations with a personal firewall.

**Recommendation:**
1. Consider the impact of personal firewalls when selecting IT Asset Discovery tools.
2. Consider a solution that has the capability for modifying the device fingerprint.

### 2.5.5 Firewall Proxy

**Rating:** Medium

**Description:**
Firewalls can be configured in numerous method with regards IP address which are not present but for which the firewalls does recognize the subnet. The firewall can drop these inquires which means the IT Asset tool does not further try to find the non-existent device. Alternatively the firewall can proxy for the device but allow no further access. This cause problems for asset discovery tools since BDNA assumes that the device exists and types the proxy device as the end device. This can cause over counting and erroneous classification of device type. BDNA was able to workaround this problem with the use of response time-out timers.

It is far better to have access through the firewall, but in cases where this has not been completed (see section on Network and Device Port Blocking), the firewall proxy options for non-existent devices must be considered

**Recommendation:**
1. Network Firewalls should have proxy services turned off and provide routable access rules for the IT Asset data collector's source IT Address before performing IT Asset discovery.

### 2.5.6 Missing Credentials

**Rating:** Medium

**Description:**
Without the proper credentials, the device data collected by BDNA Level 2 scans are severely limited. Unlike the NMCI desktop credentials, Legacy sites had a varying range of difficulty with providing Windows or UNIX credentials. Legacy sites often have many administrators that do not coordinate

activities with each other and do not follow a standard policy. Frequently, finding the Legacy network administrator to provide was the most difficult problem.

Often time the BDNA scan team would show up at a Legacy site believing they had coordinated in advance with the appropriate individuals concerning credentials, only to find nested levels of administrators that had not been coordinated with, who were not available, or in some cases unknown.

**Recommendation:**

1. For Legacy networks, plan on additional pre-discovery time and scan time to obtain and test credentials, and to work through problems with the Windows and Unix administrators.

### 2.5.7 Windows Management Instrumentation (WMI) Not Enabled

**Rating:** **High**

**Description:**
The BDNA discovery tool requires that WMI be enabled in order to query and gather data about the asset. Frequently at Legacy sites, WMI is disabled either because it was against local policy or through lack of knowledge. Windows credentials cannot be used remotely without WMI enabled. Without WMI enable the agentless collection of credentialed data is not possible.

**Recommendation:**

1. For a BDNA-like Asset Discovery application, WMI must be enabled. This should be considered in future Asset Discovery solutions.

### 2.5.8 Security Technical Implementation Guidelines (STIG) Computers

**Rating:** **High**

**Description:**
Computers that have STIG enabled will have poor scan results. Many STIG computers have ports turned off, WMI not enabled, and other system hardening that preclude successful scanning. Once a computer has STIG applied, it cannot be turned off. The BDNA Discovery team concluded that if a computer had STIG applied, it would be scanned to the extent that the STIG allowed. This scan usually provided a limited amount of data.

**Recommendation:**

1. Consider the implications of scanning STIG computers in future Asset Discovery Solutions.

### 2.5.9 VPN Requirement

**Rating:** **High**

**Description:**
The Interim Authority to Operate / Authority to Operate (IATO/ATO) for BDNA required the Navy to use VPN to connect the BDNA collection server in Dahlgren and Quantico to networks at remote legacy network locations. The ODAA determined this requirement was needed to protect IP and asset data as it traversed the Internet. As part of this project, a VPN solution was designed and submitted to the Certifying Authority for approval as part of the SSAA for the ATO. Approval was not received during the course of the project, therefore, the BDNA scan team was required to travel to remote sites with portable servers to perform BDNA scan by being locally attached to the remote network.

**Recommendations:**
1. Select an Asset Discovery solution that eliminates or minimizes the need for a VPN requirement.
2. If required, include VPN design, implementation and support costs in the budget-planning phase.

## 2.6 Scan Tool Methodology and Operations

**Rating:** **High**

**Description:**
Each Asset Discovery solution has it own approach on to how to perform data collection. The major difference between these solutions is the agent or agentless approach to client data collection.

- Agent Based (Not Dynamic) – The agent for the collection process is installed on known Windows or UNIX servers at the time of roll-out or pushed to the device with prior knowledge of the device type. The asset then uses the application to communicate back to the server providing detail information for the collection server database. Examples of these scan tools are:
  - BelArc
  - Tivoli
- Agent Based (Dynamic) – The collection server uses a method to determine the existence of a Windows or UNIX sever. Methods that are used include: Ping, nmap, SNMP. The collection server then pushes a small application out to remote asset for installation or pushes a small executable out to the remote asset. The asset then uses the application to communicate back to the server providing detail information for the collection server database. Examples of these scan tools are:
  - HP-Peregrine (depends on modules used)
  - CA
  - Eracent (Pushes a small executable which deletes itself when data collection is finished and is therefore sometimes erroneously referred to as agentless)
- Agentless Based – The collection server uses logic and various methods of inquiry for assets. Methods that are used include: Ping, nmap, SNMP. When it determines there is a Windows or Unix sever, it then uses stored credential to access the device and return detail information to the collection server database. Examples of these scan tools are:
  - HP-Peregrine (depends on modules used)
  - BDNA

There are pros and cons of using agent vs. agentless approaches.

| Agent vs. Agentless Pros & Cons | Agent (Not Dynamic) | Agent (Dynamic) | Agentless |
|---|---|---|---|
| Requires appropriate knowledge of asset IP address and OS type | Yes | No | No |
| Can discover assets based on IP range | No | Yes | Yes |
| Requires installation of an agent or push of an executable agent | Yes | Yes | No |
| Requires a limited number of ports to be open | No | Yes | No |
| Requires a large number of ports to be open | No | No | Yes |
| Requires WMI access | No | No | Yes |

Other important considerations in use of tools are:

- Cost per seat
- Reporting capabilities of tool for various classes of assets
- Complexity to implement
- Credentials and permissions for tool to operate on a network
- Integrations with other tools from same vendor and capabilities of those tools
- Integration with tools from other vendors.

As an example of a consideration, it is general recognized that Tivoli and CA are much more difficult and slower to implement than BDNA or BelArc. It is also recognized that once Tivoli and CA are implemented they can provide a very broad range of integrated reporting.

Lastly to consider when implementing a scan tool are the objectives and implementation approach to be used that are unique to the Navy and USMC. The most important consideration is the use of central vs. distributed scanning servers and the approach to scanning NMCI vs. Legacy networks.

There are no easy answers when considering the two major environments:

- NMCI – A closed network with centralized credential administration, known ports available and the ability to push an application to a computer. Networks, except for COI's, are fully routable.
- Legacy Computers – No central credential administration, IP ports are often blocked, STIG machines are present, and there is no ability to push an application to a client. In addition networks are often hidden behind various separately managed firewalls.

The bottom line is that most tools are going to work well in an NMCI environment and likewise most tools are going to have many more issues with trying to scan Legacy networks.

**Recommendation:**

1. Consider the pros and cons of various tools on the market especially Agent vs. Agentless.
2. Consider the complexities of performing scanning from a centralized location (centrally managed NMCI vs. locally managed Legacy networks). Plan for expected results.
3. Consider the cost/ benefit of scanning Legacy networks. The bottom line is that most solutions will require a significant amount of network and administrative configuration and testing before successful scanning of Legacy networks can begin. The unfortunate reality is that the Legacy networks that need to be scanned the most also require the greatest level of effort to scan.

## 2.7 Discovery Operations and Support

**Rating:** **Medium**

**Description:**
The BDNA application requires extensive Database, Windows and Unix systems operation knowledge. When BDNA was implemented, it was a relatively immature product. Today, most of the issues have or are in the process of being addressed.

**Recommendation:**

1. Understand the complexity and support requirements for the individual Asset Discovery and Management system solution being considered. Understand if the solution is "Turn-Key" or "custom software".
2. Understand the vendor's ability to support large implementations and has the agility to make changes to their system.
3. Understand the implementation and support requirements for the proposed solution.

# 3 Summary

This document has covered the BDNA Scanning Lessons Learned for Enterprise IT Asset Management for the Navy and USMC.

Below are a list of the issues discussed and there rating as to criticality for the future DON-CIO IT Asset Management IPT.

| Lessons Learned Summary | | |
|---|---|---|
| | Issue | Rating |
| Contract, Procurement, and Funding | | High |
| Project Governance | | High |
| Ongoing EDS Support | | High |
| Security Considerations | | High |
| Technical Challenges | | High |
| | IP Address Plan | High |
| | Routable Network Access | High |
| | Network and Device Port Blocking | High |
| | Personal Firewalls | Low |
| | Firewall Proxy | Medium |
| | Missing Credentials | Medium |
| | Windows Management Instrumentation (WMI) Not Enabled | High |
| | Security Technical Implementation Guidelines (STIG) Computers | High |
| | VPN Requirement | High |
| Scan Tool Methodology and Operations | | High |
| Discovery Operations and Support | | Medium |

# ATTACHMENT 3

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

1. CONTRACT ID CODE | PAGE 1 OF 2 PAGES

2. AMENDMENT/MODIFICATION NO.: P00008
3. EFFECTIVE DATE: SEE BLOCK 16C
4. REQ./PURCH REQ.#: N4703907RCBS013
5. PROJECT NO. (IF APPLICABLE):

6. ISSUED BY CODE N00104
NAVAL INVENTORY CONTROL POINT
5450 CARLISLE PIKE, P.O. BOX 2020
MECHANICSBURG, PA 17055-0788

7. ADMINISTERED BY CODE N00104
SAME AS BLOCK 6
S.C. NEIDIG
CODE: 0272.5
PHONE: 717-605-1549
EMAIL: SYLVIA.NEIDIG@NAVY.MIL

8. NAME AND ADDRESS OF CONTRACTOR
DLT SOLUTIONS, INCORPORATED
360 HERNDON PARKWAY, SUITE 700
HERNDON, VA 20170

CODE 0S0H9 FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.
9B. DATED (SEE ITEM 11)
X 10A. MODIFICATION OF CONTRACT/ORDER
N00104-04-F-Q514
GS-35F-4543G
10B. DATED (SEE ITEM 13)
09/29/2004

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of offers ☐ is ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
AC: 1771810 X7YC 311 47039 0 068892 2D CBS013 470397N6CARW $1,263,123.04 N4703907RCBS013

13. THIS ITEM APPLIES ONLY TO THE MODIFICATION OF CONTRACTS/ORDERS AS SPECIFIED ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 43.103(a)(3) |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 1 copy.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Including solicitation/contract subject matter where feasible.)

THIS MODIFICATION IS ISSUED TO EXERCISE AN OPTION AS SHOWN ON PAGE 2.

DISTRIBUTION:

| | |
|---|---|
| (2) PURCHASE FILE | (1) DFAS CHARLESTON |
| (2) CONTRACTOR | (1) FLOYD.GROCE@NAVY.MIL |
| (1) NAVICP M0272 (DB) | (1) LINDA.GREENWADE@NAVY.MIL |
| (1) NAVICP M0252 (EDA) | (1) ELIZABETH.VONASEK@NAVY.MIL |
| | (1) RUTH.FREESLAND@NAVY.MIL |

Except as provided herein, all other terms and conditions of the contract remain unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)
Adam W McDowell, Director

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
R. L. KLINGER
CONTRACTING OFFICER

15B. CONTRACTOR/OFFEROR
[signature]
(Signature of person authorized to sign)

15C. DATE SIGNED
09/28/2007

16B. UNITED STATES OF AMERICA
BY [signature]
(Signature of Contracting Officer)

16C. DATE SIGNED
09/28/2007

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105
(SPCC OVPT) (REV 10-84) (LOCAL)

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

1. This modification is issued to exercise the option under Item 0005AA as shown below:

| ITEM | SUPPLIES/SERVICES | QTY | UNIT | U/P | AMOUNT |
|---|---|---|---|---|---|
| 0005AA | Software, excluding ORACLE licenses, IAW Attachment A, SOW BDNA Inventory Application - Enterprise wide perpetual license for the Department of the Navy<br>- Terms and conditions of the BDNA Software License Maintenance Agreement apply to this software license as shown in Attachment B<br>- Software purchase includes one year of support provided there has been no lapse in the performance period<br>ACRN:AC applies | 1 | LOT | $1,263,123.04 | $1,263,123.04 |

2. By execution of this modification, both parties agree that the 45 day preliminary notice pertaining to exercise of this option as specified in FAR 52.217-9 is waived for this action.

3. By execution of this modification, both parties agree that the delivery of the BDNA license in Item 0005 shall be the latest applicable version of the named software and that this purchase includes one year of support.

4. As a result of the foregoing, the total amount of the order is hereby increased by $1,263,123.04, from $5,286,561.03 to $6,549,684.07.

5. The Contracting Office POC listed in the Order Administration Plan appearing in Modification P00005 is changed as follows:

| | POC | EMAIL |
|---|---|---|
| From: | Sylvia Johnson | sylvia.johnson@navy.mil |
| To: | Sylvia Neidig | sylvia.neidig@navy.mil |

6. All other terms and conditions of the order remain unchanged.

# ATTACHMENT 4

G A O
Accountability * Integrity * Reliability

Comptroller General
of the United States

United States Government Accountability Office
Washington, DC 20548

# Decision

**Matter of:** BDNA Corporation

**File:** B-309920

**Date:** August 21, 2007

---

**DECISION**

BDNA Corporation protests the terms of request for proposals (RFP) No. N00039-07-R-5007, issued by the Department of the Navy, for an asset discovery and management tool solution. BDNA maintains that the RFP contained restrictive, vague, and unreasonable terms, and was tainted by organizational conflict of interests with respect to certain vendors.

We dismiss the protest.

On August 20, 2007, Navy advised that it will take corrective action in the following manner:

> [The Navy] will analyze the requirements for undue restrictiveness and bias and will revise the requirements, as appropriate. Additionally, the agency will review the evaluation criteria of the solicitation (including the past performance elements) and will revise such criteria as appropriate. The agency will address the Organizational Conflict of Interest clause and revise accordingly. Finally, the agency will revisit the need for contractor-provided technical proposal evaluation support and will examine the allegations of bias against those working on behalf of the agency and take appropriate action, if warranted.

In light of the agency's decision to take corrective action, we find that the protest has been rendered academic. Since it is not our practice to consider

academic questions, the protest is dismissed. Dyna-Air Eng'g Corp., B-278037, Nov. 7, 1997, 97-2 CPD ¶ 132.

Gary L. Kepplinger
General Counsel

# ATTACHMENT 5

K&L | GATES

Kirkpatrick & Lockhart Preston Gates Ellis LLP
1601 K Street NW
Washington, DC 20006-1600

T 202.778.9000 www.klgates.com

September 25, 2007

William A. Shook
D (202) 661-6256
bill.shook@klgates.com

The Honorable Frank R. Jimenez
General Counsel
U.S. Department of the Navy
1000 Navy Pentagon
Washington, DC 20350-1000

Dear Mr. Jimenez:

As counsel to Eracent Corporation ("Eracent"), we are writing to you concerning the actions by the Department of Navy in response to the Government Accountability Office ("GAO") July 28, 2007 protest filed by BDNA Corporation of Solicitation No. N00039-07-R-5007 and dismissed by the GAO on August 21, 2007.

This solicitation would enable the Navy to implement and maintain a software tool for the automated discovery and subsequent efficient management of hardware and software in use on Navy IT assets.

Eracent is fully committed to appropriately competing for the opportunity to provide the Navy with its extensively tested and proven solutions which are offered at the most cost-effective price through a restructured RFP process based on the Navy's representations to the GAO.

It has come our attention that a potentially irregular action is currently being considered by the Navy. It appears that a sole source award to one of the previous protestors, BDNA is underway. The purported mechanism is the utilization of a pre-existing contract vehicle. This action would preclude the accepted competitive process which would provide for appropriate full and open competition.

Such a course of action, if true, would necessitate an immediate response by Eracent to take action to protect its legal rights in the form of their own bid protest.

We therefore request that the Navy, prior to taking any contractual action with regard to the stated technical requirements, issue a public statement identifying the Navy's intended course of action. Absent such a statement, we shall be forced to assume the Navy's intent to sole source the award is accurate and file the protest action either at the GAO or the U.S. Court of Federal Claims.

K&L | GATES



Both the Capstone Requirements Document as well as the Solicitation itself set forth the comprehensive Navy requirements for a robust solution that could and should be implemented quickly and efficiently. At this point in time, limited, out of scope and non-competitive solutions that neither meet the Navy's actual requirements nor provide best value are contrary to the specific requirements of full and open competition.

Thank you for your attention to this matter. I would be happy to discuss this matter with you or the appropriate member of your office at your convenience.

Very truly yours,

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

By [signature]
William A. Shook
G. Matthew Koehl
Counsel to Eracent Corporation

cc: The Honorable Delores M. Etter, U.S. Navy, Delores.Etter@navy.mil

# ATTACHMENT 6

DEPARTMENT OF THE NAVY
OFFICE OF THE GENERAL COUNSEL
1000 NAVY PENTAGON
WASHINGTON DC 20350-1000

OCT - 1 2007

William A. Shook, Esq.
Kirkpatrick & Lockhart Preston
Gates Ellis, LLP.,
1601 K Street NW
Washington, D.C. 20006-1600

Dear Mr. Shook:

I am responding to your letter of September 25, 2007, regarding the Department of the Navy's efforts to procure an information technology (IT) asset management tool.

As you are aware, the Department was seeking an IT asset management tool through Solicitation No. N00039-07-R-5007. In response to several pre-award protests to that solicitation to the Government Accountability Office (GAO), the Department advised GAO that corrective action was advisable and requested that GAO dismiss the protests; GAO did so.

Specifically, among other things, we advised GAO that, "[a]fter reviewing the contract file for the referenced protests, the agency has decided to reassess the solicitation. It is our intent to take corrective action that may include a re-solicitation or other appropriate action after a more detailed review." We are in the process of completing that detailed review of the solicitation, including the requirements document, and intend to comply with our other earlier representations to GAO and to procure an IT asset management tool competitively.

In the interim, however, because of the urgent need to access previously collected data as well as certain current requirements of the Department, the Department has exercised a valid option on an existing contract. This course of action is neither illegal nor "irregular," and is the best solution for fulfilling the immediate requirements of the Department. It remains our intent that a long term IT asset management tool requirement will be met through competitive procedures.

Sincerely,

William R. Molzahn
Deputy General Counsel

# ATTACHMENT 7

Search Result

Found **1** product for contract number GS-35F-4543G x and SIN 132 33 x and bdna x

| NSN/MFR, Part No, Product | Price / Delivery / Quantity |
| --- | --- |
| 9761-0001 **9761-0001**<br>BDNA Inventory Application<br>Manufacturer: BDNA<br>Contractor: DLT Solutions Inc. [GS-35F-4543G] (s) | **$55.92**<br>EA<br>30 days shipped ARO<br>Add to Cart<br>DLT SOLUTIONS INC<br>COOP PURCH |

**Can't find what you're looking for?**
**Click here to have a Customer Representative contact you**

Search Results

Found **1** product for contract number GS-35F-4543G x and SIN 132 34 x and bdna x

| NSN/Mfr. Part No/Product | Price / Delivery | Quantity |
|---|---|---|
| 9761-0001M **9761-0001M**<br>Maintenance<br>Manufacturer: BDNA<br>Contractor: DLT Solutions Inc. [GS-35F-4543G] (s) | **$11.18**<br>EA<br>30 days shipped ARO<br>COOP PURCH | Add to Cart |

DLT SOLUTIONS INC.

**Can't find what you're looking for?**
**Click here to have a Customer Representative contact you**

# ATTACHMENT 8

# Global Technology Inventory. See IT.



## BDNA Releases Version 4.0 of Technology Inventory Software

***Leading Inventory Technology Vendor Launches Upgrade to Flagship Solution Used by Major Enterprises Worldwide***

**MOUNTAIN VIEW, Calif., June 11, 2007**—BDNA Corporation, a leading provider of Global Technology Inventory solutions, today announced the general availability of BDNA Inventory 4.0.

The new version of BDNA's flagship product improves on its manageability and flexibility, and builds on successful deployments at major clients such as the US Army, Lockheed Martin, and KPN Telecommunications.

BDNA Inventory 4.0 delivers a new interface that allows administrative users to define and run scans with greater flexibility in managing scope and depth parameters for all use scenarios. The release also provides increased flexibility in how information is visualized and analyzed by enhancing policy-based access control capabilities. This enables customers to set business and security rules regarding the availability of BDNA-collected information for each category of end users — whether they are CIOs, IT executives, business analysts or others.

"We continue to set the agenda establishing the fact base for technology inventory with extreme speed and scale, with the ongoing guidance of our world-class enterprise customers," says Constantin Delivanis, founder and CEO of BDNA. "The rapid growth in numbers and types of technology-enabled devices and associated software creates the business imperative to have complete and accurate information to support a range of decisions. There is a persistent need in every organization to manage initiatives ranging from software license optimization, outsourcing oversight, and CMDB implementations to major resource consolidations and cost reduction projects. BDNA is delivering industry leading solutions to the market place."

BDNA Inventory 4.0 is available immediately. For further information, please contact BDNA at sales@bdnacorp.com.

### About BDNA

BDNA provides Enterprise Asset Inventory solutions to Global 2000 enterprises and government agencies. Our customers use our software products to accurately inventory and analyze their technology assets to support and accelerate their IT financial management and compliance initiatives: for example,

license and security compliance, IT resource planning and optimization, outsourcing contract negotiations, auditing and monitoring, and acceleration of CMDB projects. BDNA is headquartered in Mountain View, CA, with offices across the United States and Europe. For more information, please visit www.bdnacorp.com.

**For More Information**

Avanish Sahai
BDNA Corporation
(650) 625-9530, x304
asahai@bdnacorp.com

###

All trademarks, trade names, and/or product names are used solely for the purpose of identification and are the property of their respective owners.

- Our Products
- Customer Success
- About BDNA
- Services & Support
- News & Events
    - Press Releases
    - Media Coverage
    - Events

© 2007 BDNA Corporation. All Rights Reserved. Terms of Service | Privacy Statement | Copyright Notice