IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | | |
|---|---|---|
| ERACENT, INC. | ) | CASE NUMBER |
| Plaintiff, | ) | ____________ |
| v. | ) | |
| THE UNITED STATES OF AMERICA, | ) | JUDGE: |
| Defendant. | ) | ____________ |

TEMPORARY RESTRAINING ORDER

Upon consideration of Plaintiff's Application for a Temporary Restraining Order, the Complaint, Exhibits, Declarations and supporting Memoranda, and after notice to all parties and a hearing in open court, it appears to the Court that:

1. Plaintiff has established a substantial likelihood that they will prevail on the merits of their claim that Defendants have improperly prejudiced Plaintiff by failing to comply with the applicable procurement laws and denying Plaintiff the right to compete for work it was capable and responsible to perform;

2. The acts complained of, unless restrained by this Court, will be likely to cause irreparable injury to Plaintiff and its employees;

3. Defendants and other interested parties will not be harmed by the issuance of a temporary restraining order;

4. The public interest will be served by the issuance of a temporary restraining order.

WHEREFORE, it is ORDERED by the Court;

Defendants, their instrumentalities, officers, agents, employees and representatives are hereby enjoined from performing any modification awarded under delivery order N00104-04-F-Q514, pending a ruling by the Court on Plaintiff's Motion for Preliminary Injunction.

No bond is required.

Entered this ____ day of ______________.

______________________
Judge
U.S. Court of Federal Claims