IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | | |
|---|---|---|
| ERACENT, INC. | ) | CASE NUMBER |
| Plaintiff, | ) | ____________________ |
| v. | ) | |
| THE UNITED STATES OF AMERICA, | ) | JUDGE: |
| Defendant. | ) | ____________________ |

[PROPOSED] ORDER ON MOTION FOR PRELIMINARY INJUNCTION

The Court having considered Plaintiff's application for a Preliminary Injunctive Relief, and Defendant's Opposition, ORDERS that Defendants shall cease performance of any modification awarded under delivery order N00104-04-F-Q514, pending resolution of Plaintiff's protest in this matter.

____________________________

Judge
U.S. Court of Federal Claims

Entered this _____ day of ______, 2007.