IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
OCT 1 2 2007
U.S. COURT OF FEDERAL CLAIMS

BID PROTEST

| | |
|---|---|
| ERACENT, INC.<br>Plaintiff,<br>v.<br>THE UNITED STATES OF AMERICA,<br>Defendant. | CASE NUMBER<br>07-724 C<br>JUDGE: |

DISCLOSURE STATEMENT

Plaintiff, ERACENT, INC. ("Eracent"), pursuant to Rule 7.1(a) of the Rules of the United States Court of Federal Claims, hereby notifies the Court that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

for G. Matthew Koehl by Victor G. Vogel

G. Matthew Koehl
William A. Shook
V. Greg Vogel

Kirkpatrick & Lockhart
Preston Gates Ellis LLP
1601 K. Street N.W.
Washington, D.C. 20006
Tel: (202) 236-1487
Fax: (202) 778-9100

Date: October 12, 2007