IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| Eracent, Inc.<br><br>*Plaintiff,*<br><br>vs.<br><br>The United States,<br><br>*Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:07-cv-00724-EGB<br><br>The Honorable Eric G. Bruggink |

**MOTION OF DLT SOLUTIONS, INC. TO INTERVENE**

Pursuant to Rule 24(a) of the Rules of the United States Court of Federal Claims, DLT Solutions, Inc. ("DLT Solutions"), by undersigned counsel, respectfully moves to join in this action as an intervenor. As the awardee of the contract that is the subject of this bid protest matter, DLT Solutions has an interest relating to the property or transaction which is the subject of this action and disposition of this action may as a practical matter impair DLT Solutions' ability to protect that interest. Counsel for the plaintiff Eracent, Inc. has no objection. Wherefore, DLT Solutions respectfully requests the Court to grant this motion. A proposed order is attached.

Dated: October 12, 2007

Respectfully submitted,

By: /s/ David M. Nadler

Joseph R. Berger, DC Bar No. 472840
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006-5403
(202) 420-2200

David M. Nadler, DC Bar No. 402705
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006-5403
(202) 420-2200

*Attorney of Record for DLT Solutions, Inc.*

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| Eracent, Inc.<br><br>*Plaintiff,*<br><br>vs.<br><br>The United States,<br><br>*Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:07-cv-00724-EGB<br><br>The Honorable Eric G. Bruggink |

**ORDER GRANTING MOTION TO INTERVENE OF DLT SOLUTIONS, INC.**

Upon consideration of the Motion to Intervene filed by DLT Solutions, Inc., it is hereby ORDERED that DLT Solutions' Motion to Intervene is GRANTED.

______________________________
Judge Eric G. Bruggink

Dated: October , 2007

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of DLT Solutions' Motion to Intervene to be filed on the court's electronic filing system and served by prepaid first class U.S. mail to the following, this 12th day of October, 2007:

U.S. Department of Justice
Commercial Litigation Branch
Civil Division
1100 L Street, N.W.
Washington, DC 20005

Bill Shook
K&L Gates
1601 K St. NW
Washington, D.C. 20006-1600

/s/ Joseph R. Berger
Joseph R. Berger