# In the United States Court of Federal Claims

No. 07-724C
(Filed: October 15, 2007)

* * * * * * * * * * * * * * * * * * * * * * * *
ERACENT, INC.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*

and

DLT SOLUTIONS, INC.,

*Intervenor*.
* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The court grants DLT Solution, Inc.'s motion to intervene for good cause shown.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge