# THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ERACENT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Bid Protest |
| | ) | |
| v. | ) | No. 07-724C |
| | ) | (Judge Bruggink) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant; | ) | |
| | ) | |
| and | ) | |
| | ) | |
| DLT SOLUTIONS, INC. | ) | |
| | ) | |
| Intervenor. | ) | |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Allison Kidd-Miller as Trial Attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Allison Kidd-Miller
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attention: Classification Unit, 8th Floor
1100 L Street N.W.
Washington D.C. 20530

Dated: October 15, 2007

s/Allison Kidd-Miller
Allison Kidd-Miller
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Phone: (202) 305-3020
Fax: (202) 514-7969

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 15th day of October, 2007, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Allison Kidd-Miller