# In the United States Court of Federal Claims

No. 07-724C

(Filed: October 15, 2007)

* * * * * * * * * * * * * * * * * * * * * * * *

ERACENT, INC.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*

and

DLT SOLUTIONS, INC.,

*Intervener*.

* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

A telephonic status conference was held this date in connection with plaintiff's motions for a temporary restraining order and for preliminary and permanent injunctions. Pursuant to that conference, the following is ordered. The motions for a temporary restraining order and for preliminary relief are denied. Plaintiff's motion for permanent relief will be deemed a motion for judgment on the administrative record pursuant to Rule 52.1(b) of the Rules of the Court of Federal Claims. Defendant shall file the administrative record by Thursday, October 18, 2007. Plaintiff may supplement its materials with supportive affidavits on or before October 22, 2007. Defendant and intervener shall file their responses and cross motions for judgment on the administrative record on or before Friday, October 26, 2007. Plaintiff shall file its response/reply brief on or before Thursday, November 1, 2007. Oral argument regarding the cross motions shall be heard at 10:00 a.m., Tuesday, November 6, 2007, at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. Counsel for all parties shall appear in person.

s/ Eric G. Bruggink

ERIC G. BRUGGINK

Judge