IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ERACENT, INC., | ) | |
| Plaintiff, | ) | Bid Protest |
| v. | ) | No. 07-724C<br>(Judge Bruggink) |
| THE UNITED STATES, | ) | |
| Defendant; | ) | |
| and | ) | |
| DLT SOLUTIONS, INC. | ) | |
| Intervenor. | ) | |

JOINT MOTION FOR PROTECTIVE ORDER

Pursuant to Rule 26(c) of the Rules of the United States Court of Federal Claims, Plaintiff, Defendant, and Intervenor respectfully request that this Court enter the accompanying proposed protective order prohibiting the disclosure of secret, confidential, and other proprietary information in accordance with the terms and conditions set forth in the proposed protective order. We also respectfully request that, for the convenience of the Court and the parties, the Court authorize the parties to file sealed filings electronically on the Court's ECF System, pursuant to General Order No. 42A, paragraph 7.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/G. Matthew Koehl
GEORGE MATTHEW KOEHL
Preston, Gates, et al
1735 New York Ave., N.W.
Suite 500
Washington, D.C. 20006
Tel: (202) 628-1700

Attorney for Plaintiff

s/David M. Nadler
DAVID M. NADLER
JOSEPH R. BERGER
Dickstein Shapiro LLP
1825 Eye St., NW
Washington, D.C. 20006
Tel: (202) 420-3673
Fax: (202) 420-2201

Attorneys for Intervenor

October 17, 2007

s/Todd M. Hughes
by Patricia M. McCarthy
TODD M. HUGHES
Deputy Director

s/Allison Kidd-Miller
ALLISON KIDD-MILLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tel: (202) 305-3020
Fax: (202) 307-0972

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 17th day of October, 2007, a copy of the foregoing "JOINT MOTION FOR PROTECTIVE ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Allison Kidd-Miller