IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ERACENT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Bid Protest |
| | ) | |
| v. | ) | No. 07-724C |
| | ) | (Judge Bruggink) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant; | ) | |
| | ) | |
| and | ) | |
| | ) | |
| DLT SOLUTIONS, INC. | ) | |
| | ) | |
| Intervenor. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE ADMINISTRATIVE RECORD, FOR LEAVE TO FILE ADMINISTRATIVE RECORD ON CD-ROM, AND TO AMEND SCHEDULING ORDER**

Defendant, the United States, respectfully requests an enlargement of time, through and including October 22, 2007, within which to file the administrative record, and leave to file the administrative record on CD-ROM, with a paper courtesy copy to the Court. In addition, the United States respectfully requests that the Court's October 15, 2007 scheduling order be amended to allow the parties additional time to review the administrative record after filing. Counsel for plaintiff, Eracent, Inc. ("Eracent"), and intervenor, DLT Solutions, Inc. ("DLT Solutions"), have represented that they do not oppose this motion.

The requested enlargement of time for filing of the administrative record is necessary because collecting, organizing and assembling the files in electronic format, and identifying protected material has taken longer than previously anticipated. An enlargement of time of two business days will allow counsel for the Government sufficient time to complete this process. On October 18, 2007, the current deadline for filing of the administrative record, the United

States will provide Eracent and DLT Solutions with copies of the materials necessary for Eracent to complete its supplemental affidavits. The parties currently disagree as to what information, if any, should be redacted from that material, and will work together in an attempt to resolve that dispute by October 22, 2007. If agreement cannot be reached by then, the parties intend to bring the matter to the attention of the Court.

The United States further requests leave to file the administrative record on CD-ROM. This case is designated for electronic filing using the Court's CM/ECF system. However, the administrative record in this case will consist of a large number of documents exceeding the two megabyte size limitation applicable to electronic files. See Rules of the Court of Federal Claims ("RCFC") General Order 42A ¶ 4. These materials most efficiently can be delivered to the parties on CD-ROM.

Finally, the United States requests that, in addition to allowing the United States an additional two business days for the filing of the administrative record, the Court's October 15, 2007 scheduling order be amended to allow Eracent and DLT Solutions additional time to review the administrative record. Proposed modifications are as follows:

Plaintiff may supplement its materials with supporting affidavits on or before Wednesday, October 24, 2007.

Defendant and intervenor shall filed their responses and cross motions for judgment on the administrative record on or before Monday, October 29, 2007.

Plaintiff shall file its response/reply brief on or before Friday, November 2, 2007.

The parties do not propose any modification to the currently scheduled November 6, 2007 oral argument date.

For these reasons, we respectfully request an enlargement of time, through and including October 22, 2007, within which to file the administrative record; leave to file the administrative record on CD-ROM, with a paper courtesy copy to the Court; and modification of the Court's October 15, 2007 scheduling order.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Todd M. Hughes
TODD M. HUGHES
Deputy Director

s/Allison Kidd-Miller
ALLISON KIDD-MILLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-3020
Fax: (202) 307-0972

Attorneys for Defendant

Of Counsel:

LORI A. SMITH
Counsel
Department of the Navy
Naval Inventory Control Point
5450 Carlisle Pike
Mechanicsburg, PA 17055

October 18, 2007

CERTIFICATE OF FILING

I hereby certify that on this 18th day of October, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE ADMINISTRATIVE RECORD, FOR LEAVE TO FILE ADMINISTRATIVE RECORD ON CD-ROM, AND TO AMEND SCHEDULING ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Allison Kidd-Miller