# In the United States Court of Federal Claims

No. 07-724C

(Filed: October 19, 2007)

* * * * * * * * * * * * * * * * * * * * * * * *

ERACENT, INC.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*

and

DLT SOLUTIONS, INC.,

*Intervener*.

* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pending is defendant's unopposed motion for an enlargement of time to file administrative record, for leave to file administrative record on CD-ROM, and to amend scheduling order. That motion is granted, and defendant shall file the administrative record on or before October 22, 2007 on CD-ROM with a paper copy to the court. Aside from the date of filing the administrative record, the scheduling order shall remain unamended.

s/ Eric G. Bruggink

ERIC G. BRUGGINK

Judge