# In the United States Court of Federal Claims

No. 07-724C

(Filed: October 19, 2007)

* * * * * * * * * * * * * * * * * * * * * * * *

ERACENT, INC.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*

and

DLT SOLUTIONS, INC.,

*Intervenor*.

* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pending is defendant's unopposed motion for an enlargement of time to file administrative record, for leave to file administrative record on CD-ROM, and to amend scheduling order. That motion is granted, and defendant shall file the administrative record on or before October 22, 2007 on CD-ROM with a paper copy to the court. Plaintiff may supplement its materials with supporting affidavits on or before Wednesday, October 24, 2007. Defendant and intervenor shall file their responses and cross motions for judgment on the administrative record on or before Monday, October 29, 2007. Plaintiff shall file its reponse/reply brief on or before Friday, November 2, 2007. Oral argument regarding the cross motions shall be heard at 10:00 a.m., Tuesday, November 6, 2007, at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. Counsel for all parties shall appear in person.

s/ Eric G. Bruggink

ERIC G. BRUGGINK

Judge