IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ERACENT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Bid Protest |
| | ) | |
| v. | ) | No. 07-724C |
| | ) | (Judge Bruggink) |
| THE UNITED STATES, | ) | |
| | ) | **Protected Material To Be Disclosed** |
| Defendant; | ) | **Only In Accordance With U.S. Court** |
| | ) | **of Federal Claims Protective Order** |
| and | ) | |
| | ) | |
| DLT SOLUTIONS, INC. | ) | |
| | ) | |
| Intervenor. | ) | |

DEFENDANT'S NOTICE OF FILING ADMINISTRATIVE RECORD

Pursuant to Appendix C, ¶ 21, of the Rules of the United States Court of Federal Claims ("RCFC"), and this Court's October 19, 2007 scheduling order, defendant, the United States, respectfully provides notice that it is filing the administrative record in this protest on CD-ROM, under seal, with a paper copy to the Court.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Todd M. Hughes/
by Patricia M. McCarthy
TODD M. HUGHES
Deputy Director

Of Counsel:

LORI A. SMITH
Counsel
Department of the Navy
Naval Inventory Control Point
5450 Carlisle Pike
Mechanicsburg, PA 17055

s/Allison Kidd-Miller
ALLISON KIDD-MILLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-3020
Fax: (202) 307-0972

October 22, 2007

Attorneys for Defendant

CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 22nd day of October, 2007, a copy of the foregoing "DEFENDANT'S NOTICE OF FILING ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further certify that on this 22nd day of October, 2007, I caused to be served by hand delivery copies of the "ADMINISTRATIVE RECORD"on CD-ROM addressed as follows:

George Matthew Koehl
Kirkpatrick & Lockhart, et al.
1601 K Street, NW
Washington, DC 20006
(202) 236-1487

David Michael Nadler
Dickstein, Shapiro LLP
1825 Eye Street, NW
Washington, DC 20006-5403
(202) 420-2200

s/Allison Kidd-Miller