# In the United States Court of Federal Claims

**No. 07-724C**

**Filed: October 23, 2007**

**ERACENT, INC.**
**Plaintiff**

**v.**

**THE UNITED STATES**
**Defendant**

**ADMINISTRATIVE RECORD [FILED UNDER SEAL]**
**[Filed in CD-ROM format]**

The above document has been filed in the Clerk's Office in hard copy and is not available electronically.