IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ERACENT, INC., Plaintiff, v. THE UNITED STATES OF AMERICA, Defendant. and, BDNA Corporation Intervenor. | Bid Protest<br>No. 07-724C<br>(Judge Bruggink) |

AFFIDAVIT

I, **Walter Szablowski**, Chairman and President of Eracent, Inc. ("plaintiff" or "Eracent"), state the following under penalty of perjury:

1. I make this Affidavit in support of plaintiff's Motion for Judgment on the Record and Permanent Injunction in the above-referenced bid protest. The bid protest seeks to enjoin the United States Government, acting through the Department of the Navy ("DON"), from proceeding with performance of optional CLIN 0005AA under Delivery Order No. N00104-04-F-Q514 awarded by the DON pursuant to DLT Solutions, Inc.'s ("DLT") GSA Schedule contract No. GS-35F-4543G (the "DLT Contract"). CLIN 0005AA of the DLT Contract is for an Enterprise Agreement providing a DON-wide perpetual license to BDNA Corporation's ("BDNA") Inventory Application software, an information technology ("IT") asset management product, together with one year of BDNA-provided maintenance services.

2. Eracent is a BDNA competitor. We develop and sell a comprehensive suite of IT asset management solutions for enterprise level organizations. Eracent's core business involves developing technologies that provide complete access to the precise data needed by IT professionals to manage complex IT infrastructures. The Eracent product line was originally designed to operate in very large networks. Eracent products are particularly well suited for use by very large organizations and organizations dealing with the complexity of multiple platforms, stringent security requirements and a broad software

library. Eracent is a key IT solution supplier to Fortune 500 companies and US government agencies.

3. I have served Eracent's chairman of the board and president and chief executive officer since November 2000 and have been closely involved in the development of Eracent's IT asset management software products that are competitive to the BDNA products that are the subject of this bid protest. Prior to forming Eracent, I served as chairman of the board of directors and the CEO/president of GCC, the company that developed the original suite of IT asset management products. I have over 35 years of technical and management experience in engineering, software and development of software applications. I am a Licensed Professional Engineer in the states of New Jersey and Pennsylvania and hold several US Patents in information technology. I hold an undergraduate degree in Chemical Engineering and an MS degree in Bio-Engineering from the Polytechnic Institute of New York.

4. I have thoroughly reviewed the Statement-of-Work ("SOW") defining the technical performance requirements of the DLT Contract. The SOW is Attachment A to the DLT Contract and is provided as Attachment A to my Affidavit. The DLT Contract was awarded on September 30, 2004. As I will specifically detail below, as of the date of the original award to DLT, Eracent was capable of performing all of the SOW requirements and, had we known of the DON's intent to procure the SOW requirements, we would have competed for this project because it falls within Eracent's core business expertise.

5. At the time the DLT Contract was awarded, Eracent's competing IT asset discovery products were approved for sale on GSA contract No. GS-35F-4120D held by GTSI Corporation ("GTSI"), a technology reseller and competitor to DLT. Attachment B to this Affidavit is a true and correct copy of the Eracent's proposal letter to GTSI dated February 5, 2002 which resulted in Eracent's products being approved by GSA for sale on GTSI's GSA Schedule contract. The products referenced in this letter are predecessors to the current Eracent IT asset discovery products.

6. SOW Section 1, Scope, describes in general terms the requirements contained in the BDNA Contract. The Scope description is exactly the type of IT asset discovery project that is Eracent's core business. SOW Section 2, Documents, describes the documents applicable to the requirement. We are familiar with these documents and none pose a barrier to Eracent's performance of the SOW requirements.

7. The detailed description of the SOW's technical requirements begins in SOW Section 3. The first detailed requirement is for professional services as set forth in SOW Section 3.2, which requires the contractor to provide "Automated Management

(Inventory) Discovery Services." In general, this requirement involves the deployment of passive and agent-less IT asset data discovery techniques throughout defined DON networks in accordance with the SOW's technical requirements. After determining the IT asset types present in the defined networks, the contractor is required to transfer and store all such data in the Asset Management database repository. The database would then be accessible to authorized government users via a browser based client application. The contractor would be responsible for hosting this discovery tool.

8. I have reviewed each of the specific technical requirements in SOW Section 3.2, including Task 1 (3.2.1 - Asset Management Database), Task 2 (3.2.2 - Device Discovery and Typing), Task 3 (3.2.3 - Systems Information) and Task 4 (3.2.4 - Databases and Applications). Eracent clearly had (and has) personnel with the expertise and experience necessary to perform each of these technical requirements. Further, Eracent has proprietary software - Eracent Enterprise Networkprobe and Asset Management – capable of performing these IT network asset discovery and inventory requirements. In September 2004, Eracent software tools were fully capable of facilitating performance of each of the specific technical requirements in SOW Section 3.2, as they are today.

9. I understand that between award in September 2004 and July 2006, DLT/BDNA performed the SOW Section 3.2 requirements for device discovery and creation of a database containing detailed information with respect to the IT assets contained in the specified DON networks. Based upon my experience on many similar types of projects, information with respect the DON's IT assets on networks that was last updated in July 2006 would have little value or relevance to determining the DON's current IT assets, given the rate at which such information changes. The information in the databases created by DLT/BDNA in performing the SOW would not provide a reasonable basis for the DON to make strategic or even tactical decisions about changes or consolidation to the applicable networks or its future procurement strategies for IT assets.

10. Nevertheless, so long as the databases are not encrypted and the appropriate Oracle software is available, Eracent's software products - Eracent Enterprise Networkprobe and Asset Management - could be used to run detailed, individual queries on this data. For instance, our products could be used to request a complete software inventory for specific computers or the make and model number from a specific group of computers.

11. Unlike the original data collection efforts, which require substantial IT hardware assets to collect data from large and complex networks such as the specified DON networks at issue here, the only hardware assets required to query the information in these legacy databases would be a desktop computer.

12. SOW Section 3.3 requires the contractor to "provide the tools, data, hardware, process documentation and software licenses sufficient for the DON to independently continue" to perform the IT asset discovery services detailed in SOW Section 3.2 and described above. Eracent has successfully performed projects just like the SOW 3.3 requirements for very large organizations and clearly has the personnel, experience and technology required to successfully complete these requirements.

13. The key to performing the SOW 3.3 requirements is the enterprise software licenses. Eracent's Enterprise Networkprobe and Asset Management are well-suited to this requirement. In fact, Eracent's product is superior to the BDNA product the DON has purchased because the Eracent product suite is self contained and there are no utilities or scripts required to complete an inventory. In addition, the Eracent product can determine detailed software usage and data. Lastly, the product can support robust server consolidation projects such as the DON server consolidation.

14. Eracent recently successfully completed a pilot project with the DON for just these types of requirements. Attachment C to my affidavit is the SOW for a project we recently performed for the DON through Delivery Order No. NS04 dated November 11, 2006 and issued against our business partner MultiMax's Contract No. FA8771-04-D-0003. This SOW, entitled "IT Asset Discovery and Management Support," was managed by the DON's Deputy Chief Information Officer ("DDCIO"), the principal DON advisor to the Chief of Naval Operations ("CNO") for matters related to enterprise-wide information management/information technology ("IM/IT"). The SOW described its purpose as "to provide use of an IT asset discovery and management tool and service…to include technical and management support to achieve meaningful results in tool implementation, operation, usage and data analysis for executing the BUPERS Pilot (approximately 10 networks), LNR pre-planning and first two phases (Due Diligence and Analysis – approximately 167 networks) of LNR in the SE Region of the United States." While this pilot project was on a smaller scale (i.e., fewer networks and devices) than the DLT Contract's requirements, the basic purpose and expertise and technology required to perform these two projects are essentially the same. Eracent completed performance of this SOW in August 2007 and received excellent performance reviews from DON technical personnel involved in the project. If asked, the DON personnel responsible for the project would confirm the high quality of Eracent's results on this project, and that we delivered all milestones on time and exceeded the project goals.

FURTHER AFFIANT SAYETH NOT.

Dated 10/24/07 Signature [signature]

WALT SZABLOWSKI

Sworn to me this 24 day of
october, 2007

[signature]
Notary

CATHRINE A. KARLSEN
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES DEC. 19, 2010

# ATTACHMENT A

# Program Executive Office – Information Technology

## NETWORK DISCOVERY AND ASSET MANAGEMENT DATABASE SERVICES

## STATEMENT OF WORK

### 1. SCOPE

This Statement of Work (SOW) defines the services required to provide discovery of hardware and software infrastructure for the Department of Navy (DON) Information Technology (IT), in support of Server Consolidation, Navy Marine Corps Intranet (NMCI), FORCENet initiatives and Functional Area Manager (FAM) application portfolio management services, and provide this critical information to the organization. The scope of discovery services initially includes non-classified IT Hardware and Software located on shore, within the Continental United States. The scope may include additional described locations for which the required data is provided to the contractor. Further, upon exercise of options, the vendor will provide all tools, hardware, software licenses and process description to enable the Government to continue the maintenance and extension of discovery services.

### 1.1. Background

Tasked with the mission of acquiring the Department of Navy (DON) information technology systems and services that are broadly used in support of the Navy and Marine Corps warfighters and supporting elements, the DON Program Executive Office – Information Technology (PEO-IT) was established to provide acquisition oversight and in-service support for programs as assigned in the area of business information technology. PEO-IT has been assigned the responsibility for the DON Server Consolidation and Applications Hosting initiative in order to reduce server and legacy network costs and to leverage the use of the Navy/Marine Corps Intranet (NMCI). In support of server consolidation PEO-IT has determined that a baseline of the existing DON servers and applications is required to develop an effective consolidation and application hosting strategy.

This project will also directly support the Navy's Server Consolidation initiative, the NMCI implementation and Asset Management, the Functional Area Managers initiatives, and FORCENet Enterprise Architecture Initiatives by providing the DON with the necessary discovery and inventory services. These services will establish an "as-is" baseline of the DON Servers and business or non-tactical applications as described in the schedule of supplies and services.

This SOW describes services to use automated discovery tools capturing hardware and application information and placing this information into an Asset Management data repository over a ten-month period then delivering this information to an authoritative data source. The asset inventory information gathered will support the transition and migration analysis of legacy applications and

servers into a consolidated server and applications environment and facilitate IT capital planning and asset management processes across the DON.

### 1.2 Objectives

The collected Server and Applications Discovery Data will provide the DON with a means to make sound IT infrastructure decisions, server consolidation decisions, and acquisition practices, as well as providing PEO-IT with a framework for accurately determining Server Consolidation and Application Hosting Business Case Analysis. Discovery Data regarding hardware and software that is found on the network is gathered and then deposited in a single Asset Management repository.

The objective for performing the Data Discovery is to develop an Asset Management Database which will allow DON to:

- Eliminate legacy infrastructure costs
- Maximize server assets
- Reduce server support costs
- Promote Enterprise Asset Management
- Manage systems license and maintenance fees
- Observe standards compliancy

## 2. APPLICABLE DOCUMENTS

The following documents are applicable to this SOW and attached appendices to the extent specified herein. The vendor is expected to adhere to the appropriate DOD and DON security policies and procedures.

### 2.1 Department of Defense Specification and Policies

- DoD Information Technology Security Certification and Accreditation Process (DITSCAP as defined in Section 2 Applicability and Scope and DITSCAP standards as defined in Enclosures 1 through 8.
  DITSCAP can be found at: http://iase.disa.mil/ditscap/index.html

- DoD Directive 5200.28, "Security Requirements for Automated Information Systems (AISs)," March 21,1988

- NMCI Connection Approval Process (NCAP) (Version 3.0.2) as defined in Section 2: Applicability, Section 3: NMCI Connection Requirements, and Section 4: Navy Certification and Accreditation Process
  NCAP can be found at: http://www.nmci-isf.com/ncap.doc

### 2.2 Governmental Security Standards and Policies

- Public Law 100-235, "Computer Security Act of 1987," January 8, 1988
- Office of Management and Budget Circular No. A-130,"Management of Federal Information Resources," February 8, 1996
- Director of Central Intelligence 1/16, "Security Policy on Intelligence Information in Automated Systems and Networks," March 14, 1988

## 3. REQUIREMENTS

### 3.1 General

The services provided by this contract shall be performed in accordance with the Applicable Documents and this Statement of Work.

### 3.2 Detail Description of Discovery Services

<u>Automated Management (Inventory) Discovery Services</u>. The vendor shall deliver to the DON automated Asset Management (Inventory) discovery services in accordance with the technical requirements included in this SOW. The vendor shall employ passive and agent-less Data Discovery techniques and use utilities and IP protocols to find hosts, active ports, operating systems, firewalls, and related IP information. When a new host is detected, its access information, such as IP address and host name, shall be stored in the Asset Management database.

The discovery will be performed using specific IP address ranges that will be provided by the Contracting Officer's Representative (COR) and will ensure access through NMCI security devices. Discovery shall include all existing assets in one or more discovery zones within defined IP networks: server, storage devices, operating systems, applications, and other categories as defined in Attachment A, Task 2.

The Discovery tool(s) shall have the capability to determine asset type, store and update all collected data in the Asset Management database repository. Once discovery data has been gathered by the contractor, the vendor shall provide Government users, with authorized access, a browser-based client application to view the repository discovery data information.

The automated tools must be available for use across all the DON. The vendor will assume all discovery tools hosting responsibilities. These will include, as a minimum, provision of hardware, operating systems and software, administrative and systems operation support. The vendor will request network access from PEO-IT for network access required to perform the tasks as outlined in this SOW. The unlimited use rights of the automated discovery tool(s) and database will be included by the vendor as part of this proposal. The contractor shall provide professional services to support the operation and utilization of the automated discovery and database tools.

**NETWORK DISCOVERY AND ASSET MANAGEMENT DATABASE SERVICES STATEMENT OF WORK**

The vendor shall perform discovery in accordance with Navy and DOD security requirements, and the requirements and standards included in this statement of work. The vendor shall perform a baseline Server and Applications Discovery utilizing an automated, tools-based discovery. Under the SOW, the vendor shall:

- Include use of all necessary software, server hardware and probes needed to satisfy the services requirements of this task. The list of equipment hardware used shall be provided along with the vendor SOW response.
- Provide use of software licensing for the enterprise deployment of the discovery tools as required across all DON networks, for the duration of the contracted work, including software and required hardware server capacity.
- Install, operate, and maintain automated discovery applications servers in an NMCI network operations center (NOC), to host the automated tools software at a performance level that provides optimum use of the product.
- Provide the Government with access to an Asset Management database repository for the duration of the service. Contents of the Asset Management database will be the property of the government at the completion of the period of this SOW.
- Collect and analyze data, and produce the reports that document all devices of any type that are discovered and characterized by the automated discovery tools on the DON Continental US (NMCI and Legacy networks), as well as any DON network.
- Provide the necessary database training to DON personnel or designated individuals as part of the Asset Management turnover process.

  Prior to Asset Management turnover process, the contractor will provide training for up to 10 (ten) Government personnel and/or Government designated contractors. The contractor will provide the Government with two distinct curriculums as outlined below. The Government may distribute the allotted training slots between these curriculums as needed.

| Curriculum | Location | Overview | Duration |
|---|---|---|---|
| Technical | Government Provided Facility | Technical training is designed for personnel who will operate and maintain a BDNA System. It will cover the deep technical details of executing discovery, analyzing results and trouble shooting the product. | 5 days |
| Functional | Government Provided Facility | Functional training is designed for personnel who will use a BDNA System to answer business related questions. It will cover the process of mining the BDNA repository for answers to specific business questions. | 3 days |

Training materials are considered BDNA proprietary and confidential. The Government shall have the right to duplicate and re-use these training materials for the purpose of training Government employees and their designated agents provided all trademarks, copyrights and confidentiality notices are included in any copies. Training materials shall be used solely with DON.

Discovery capabilities and samples shall be provided to the COR for review and approval before proceeding with Task 2 discovery to validate that all discovery information is being captured. The Network Discovery for Server and Application baselining is broken into four major tasks. Vendors are to develop a timeline for the efficient execution of the four tasks defined in this SOW.

This project will require coordination with the COR to identify the discovery IP address ranges and to schedule discovery activity. This project must conform to DOD security requirements as specified in Paragraph 2 of the SOW.

The vendor shall customize the discovery tools with the appropriate scripting to obtain the information as defined in this SOW. The vendor is responsible for performing the discovery services and for populating the asset management database with the discovered information.

**3.2.1 Task 1: Asset Management Database**

The vendor shall develop, initially formulate and implement a database repository to populate and continuously update, as a minimum, all data discovered in Tasks 2, 3 and 4. The database shall be web-enabled, accessible only by approved Government representatives, searchable and provide report generation capability for reports as described by the CLINs.

The contractor will furnish the necessary infrastructure to support Tasks 2, 3 and 4 (with the exception of the Oracle 9i license) and install it at a single Government designated location.

<u>Task 1 Government Requirements</u>:

Within ten (10) business days from date of order, the Government shall provide the contractor with the following:

- BDNA System installation location, shipping address and point of contact
- Suitable operating environment for BDNA System (up to 3 24RU rolling cabinets) with access to 15-amp power and ten (10) 100Base-T network drops
- Up to thirty (30) static IP addresses on the network segment upon which the BDNA System will be installed

Five (5) business days prior to beginning Task 1, the Government shall provide the contractor with the following:

- Access to installation facility for the contractor personnel to install the BDNA System

Acceptance shall be based upon the successful delivery and installation of the designated hardware and software.

### 3.2.2 Task 2: Device Discovery And Typing

The vendor shall provide network device discovery and typing for all the DON, as defined by the task order line items or for prescribed discovery zones as defined by the COR. This work provides initial passive resource discovery and typing on the defined networks. During this task, the discovery tool shall use passive discovery to find all existing IP resources within the prescribed IP address ranges.

The vendor shall provide the following general data, as a minimum:

- Computer Systems: IP address, DNS hostname, operating system type
- Network Infrastructure: Type (router, switch, hub, etc.), manufacturer, operating system type
- Other IP devices: IP telephony equipment, storage area network devices, network attached storage, printers
- Network services: e-mail servers, web servers, database listeners, ftp servers, ssh servers

Additionally, based upon device configuration, the BDNA System may also collect information such as operating system version, MAC address, network service version, hardware type, memory, and more. "Network Speed" is not an attribute currently collected by the contractor's Solution.

Task 2 Government Requirements:

The Government shall provide routable network access to the discovery zones without interference from firewalls, packet shapers or network filters at the initiation of discovery of each discovery zone scan. Additionally, five (5) business days prior to the beginning of Task 2, the Government shall provide the contractor with the following:

- List of IP address ranges ("discovery zones") over which the Government wishes to perform discovery. These ranges should be formatted in a file or Excel spreadsheet containing a complete list of IP addresses for discovery, formatted one per row with a short, descriptive name, in any of the following three formats:
  **Individual IP Addresses**: e.g., 10.10.0.189, 192.168.1.235, etc.
  **IP Range**: 10.10.0.0-10.10.3.255, 192.168.1.0-128, etc.
  **Subnet masks**: 10.10.10.0/24, 192.168.0.0/16

Acceptance will be based upon the discovery zones provided to the contractor five (5) business days prior to the start of the task. The Government may provide additional discovery zones at any time subsequent to the five (5) business day period for the duration of the task.

### 3.2.3 Task 3: Systems Information

The vendor shall provide data on operating system-level information, including file systems and DON servers as described by the task order line items or for prescribed discovery zones as defined by the COR. The COR will provide the applicable list of servers for this task based upon the Task 2 discovery results.

The vendor shall provide the following server data, as a minimum:

- Computer Systems: Manufacturer, hardware model, operating system version, patch level, CPU count, memory size, attached peripherals, file system configuration, file system capacity, NIC information, MAC addresses
- Network Infrastructure: Manufacturer, hardware model, configuration, memory, operating system version
- COTS Software Installations: Product, vendor, installation location, version

Additionally, the BDNA System will also collect information such as serial number where supported by the device.

As part of this offering, the contractor will develop for the Government 50 "fingerprints" that can be added to the BDNA System to find and track additional Government defined software applications.

Task 3 Government Requirements:

The COR will coordinate and ensure required vendor access is provided to the operating system.

Ten (10) business days prior to the start of Task 3, the Government shall provide the contractor with the following:

- The BDNA System shall have performed Task 2 over the discovery zones which contain the systems over which Task 3 will be performed
- The contractor shall be provided with appropriate system information credentials for each device that will be interrogated during this task selected from the devices discovered in Task 2

Acceptance will be based upon the credentials provided to the contractor ten (10) business days prior to the start of the task. The Government may provide credentials at any time subsequent to the ten (10) business day period for the duration of the task; however, these new credentials shall not apply to acceptance.

### 3.2.4 Task 4: Databases and Applications

The vendor shall provide database and application-level data collection for DON Applications, as described in the task order line items or for prescribed discovery zones as defined by the COR. The COR will provide the applicable list for this Task based on the Task 2 and Task 3 Discovery results. This task shall provide more in-depth information on system and applications resources.

The vendor shall provide the following Application data, as a minimum:

- Databases: Patch level, user load, space utilization, licensing data
- COTS Applications: Patch level, user load, space utilization, installed modules, licensing data

Additionally, based upon application configuration, the BDNA System may also collect other attributes. Since each application is unique, the attributes collected by the BDNA System may vary.

Task 4 Government Requirements:

Ten (10) business days prior to the start of Task 4, the Government shall provide the contractor with the following:

- The contractor shall be provided with appropriate credentials for each database and application that will be interrogated during this task.
- The BDNA System must have performed Task 3 on the devices over which Task 4 will be performed

Acceptance will be based upon the credentials provided to the contractor ten (10) business days prior to the start of the task. The Government may provide credentials at any time subsequent to the ten (10) business day period for the duration of the task; however, these new credentials shall not apply to acceptance.

### 3.3 Detail Description of Tools and Hardware Procurement (Option)

The contractor shall provide the tools, data, hardware, process documentation and enterprise software licenses sufficient for the DON to independently continue operation and maintenance of discovery services for the DON infrastructure described in this SOW or discovered during the execution of this SOW. Provided Software and Data shall include any tailored or customized discovery tools with the appropriate scripting to obtain the information as defined in this SOW.

### 3.4 Maintenance Support (Option)

The contractor shall provide maintenance support for a period of one year consistent with the software publisher's commercial terms. As a minimum, the Government shall have the right to the latest versions of the software made available during the period covered by maintenance. In

addition, maintenance of the BDNA Inventory Application shall include telephone support during normal business hours, software updates and upgrades, software problem fixes, and new COTS fingerprints. Subject to the exercise of the option, maintenance shall commence upon expiration of the software warranty period.

## 4. DURATION OF TASK

Items 0001 – 0003: The professional services described in the SOW shall be complete within 10 months of project contract award.

Option Item 0004: Performance period is 90 days, not to exceed 180 days from exercise of option. The Contracting Officer may exercise this option on a 90 day basis by written notice to the contractor within forty five days prior to the start of each option.

Option Item 0005: Delivery date is 30 days from exercise of option. The Contracting Officer may exercise this option by written notice to the contractor within eighteen months from date of contract.

Option Item 0006: Performance period is one year from warranty expiration date. The Contracting Officer may exercise this option by written notice to the contractor within forty five days of expiration of applicable warranty period provided in Item 0005.

## 5. DELIVERABLES AND DELIVERY

All deliverables must meet professional standards and meet the requirements set forth in contractual documentation.

### 5.1. Task Deliverables

Line item deliverables are identified in the Schedule of Supplies and Services.

### 5.2 Ongoing Operations and Reports

The contractor shall conduct ongoing IT asset discovery, analysis and reporting throughout the performance period. These operations shall be performed across the discovery zones provided for the tasks, as well as any additional DON discovery zones provided to the contractor subsequent to completion of the tasks.

The contractor shall conduct no more than one (1) global discovery operation across the specified discovery zones in a single thirty (30) day period. A global scan encompasses all areas for which the contractor has been provided the prescribed zones. Additionally, in a single thirty (30) day period, the total number of discovery operations shall not exceed five (5) and the total number of new reports shall not exceed five (5).

Any requests to initiate or conduct discovery, analysis and reporting shall be in accordance with the terms of this SOW as requested by the COR. Any additional discovery date shall be accessible in the Asset Management database repository in a manner consistent with all requirements of this SOW.

Progress reports must be submitted to the COR no later than the fifth workday of every month. Reports shall be discussed during the monthly task management review meeting including the Government and contractor. Progress reports must be submitted electronically on the prime contractor letterhead. Failure to provide reports correctly will cause resubmission by the vendor. The monthly Progress Report will include, but will not be limited to: Contract number, Order number and Project number; brief task description; and a narrative review of work accomplished during the reporting period and/or significant events.

**Reports and Documents**

| Report | Due Date |
|---|---|
| Ad hoc reports | As required |
| Task 2 Discovery Report | 1 Week following conclusion of Task 2 discovery |
| Task 3 Discovery Report | 1 Week following conclusion of Task 3 discovery |
| Task 4 Discovery Report | 1 Week following conclusion of Task 4 discovery |
| Monthly Detailed Change Reports | 1st Wednesday of each month |
| Monthly Project Status Reports | 1st Wednesday of each month |
| Project Final Report | At project conclusion |

## 6. PLACE OF PERFORMANCE AND DELIVERY

### 6.1 Services

All services, including discovery and system administration activities, shall be performed from a designated DON facility in the Washington, D.C. metropolitan area.

### 6.2 Deliverables and Reports

Ms. Marsha Thurman/Contracting Officer Representative
Program Executive Office Information Technology
2451 Crystal Drive, Suite 1139
Arlington, VA 22202

## 7. GOVERNMENT AND CONTRACTOR RESPONSIBILITIES

In addition to the specific Government responsibilities detailed in the preceding tasks, the COR will provide the necessary initial familiarization and orientation will be provided by the Government. Standard Operational Procedures will be available to the contractor at the place of performance.

The Government will provide the following Oracle software licenses as required by the contractor's solution:

Three (3) 4-CPU licenses of Oracle 9i Release 2 (9.2.0 or higher) for RedHat Enterprise Linux 3.0.

The contractor shall provide all equipment and software required to satisfy the requirements of this SOW, with the exception of the Oracle database licenses. The contractor will install the proposed system in a single Government designated location. The contractor shall provide all necessary personnel for installing, operating and maintaining the system.

## 8. ACCEPTANCE CRITERIA

This Performance Based Statement of Work (PBSW) describes work requirements in terms of measurable outcomes.

- Performance Requirement – The contractor shall be contractually obligated to perform every requirement in the SOW. The outcome or results expected of the contractor are defined as firm fixed priced deliverables in the Schedule of Supplies/Services.

- Performance Standard – Delivery of the data and reports as defined in the Schedule of Supplies/Services constitutes the standard for acceptable performance.

- Performance Measure – The acceptance criteria for deliverables will include the following factors:
  - Timeliness
  - Compliance with the specific requirements stated in each Task. For example, device discovery includes all of the data elements described in the SOW Paragraph 3.2.2.
  - Accuracy of the data as validated with other existing internal Government data.

# ATTACHMENT B

Lucent Technologies Business Partner

# ERACENT, INC.

Enterprise Network Management

5 Pine Bluff Road, Glen Gardner, NJ 08826 • Tel: 908.537.6520 • Fax: 908.537.7613

TO: GTSI Corp.
GSA Contract Management
3901 Stonecroft Blvd.
Chantilly, VA 20151
Attention: Sally Cook

Date: February 5, 2002

RE: GTSI Pricing Template

| MANF ITEM # | Description | List Price | Cost for "GTSI" GSA contract | Warranty | Origin | Sin # | Energy Star | Y2K |
|---|---|---|---|---|---|---|---|---|
| EAM-0020 | *EnterpriseAM*™ THETA™ Smart Server* | $25,000.00 per server | $22,000.00 per server | 90 | US | 132-33 | AA | Y |
| EAM-0030 | *EnterpriseAM*™ Client** | $ 25.00 per seat | $ 22.00 per seat | 90 | US | 132-33 | AA | Y |
| EAM-0040 | *EnterpriseAM*™ Maintenance & Upgrade Package*** | $ 4,000.00 per server | $ 3,520.00 per server | 365 | US | 132.33 | AA | Y |
| EAM-0041 | *EnterpriseAM*™ Maintenance & Upgrade Package*** | $ 4.00 per seat | $ 3.52 per seat | 365 | US | 132-33 | AA | Y |

Notes:

* One (1) *EnterpriseAM*™ THETA™ SmartServercollection server required per deployment
** One (1) *EnterpriseAM*™ Client per workstation (PC or Server)
*** *EnterpriseAM*™ Maintenance & Upgrade Package consists of one (1) year of Software Maintenance, Software Upgrades, Table Upgrades and Support. Annual fee is 16% of license (sale) price.

(Signature of Corporate Officer) 2-28-2002
Date

Andrew Balmuth
Senior Vice President
Eracent, Inc.

| Manufacturer | MFR Part # | Description | Retail | cost | Warranty | Energy Star | Y2K | Origin | Sin | Mfr Pricelist Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Eracent | EAM-0020 | EnterpriseAM THETA Smart Server- 1 EAM THETA Smart collection server required per deployment) Incl 1yr software maint | 25000.00 | 22000.00 | 90 | A | Y | US | 132-33 | 4/1/2002 |
| Eracent | EAM-0030 | EnterpriseAM Client (One (1) EnterpriseAM Client per workstation (PC or Server)) Incl 1yr software maintenance | 25.00 | 22.00 | 90 | A | Y | US | 132-33 | 4/1/2002 |
| Eracent | EAM-0040 | EnterpriseAM Server Maintenance & Upgrade Package (EnterpriseAM Maintenance & Upgrade Package consists of one (1) year of Software Maintenance, Software Upgrades, Table Upgrades and Support. Annual fee is 16% of license (sale) price.) | 4000.00 | 3520.00 | 365 | A | Y | US | 132-34 | 4/1/2002 |
| Eracent | EAM-0041 | EnterpriseAM Client Maintenance & Upgrade Package (EnterpriseAM Maintenance & Upgrade Package consists of one (1) year of Software Maintenance, Software Upgrades, Table Upgrades and Support. Annual fee is 16% of license (sale) price.) | 4.00 | 3.52 | 365 | A | Y | US | 132-34 | 4/1/2002 |

# ATTACHMENT C

# Statement of Work (SOW)
**For**

## Information Technology (IT) Asset Discovery and Management Support

1. **<u>BACKGROUND</u>:** OPNAV N6 (Department of Navy Deputy Chief Information Officer (Navy) (DDCIO (Navy)) is the principal Navy advisor to the Chief of Naval Operations (CNO) for matters related to enterprise-wide information management/information technology (IM/IT). In this capacity, N6 leads a federated approach to IM/IT governance within the Navy.

   N6 is directing the execution of Capture the Money (determine compliance with IT asset investment policies and identify the Navy Budget Resources that have been executed to develop, operate and maintain IT assets within the Navy) and Legacy Network Reduction (LNR) (designed to identify, analyze, evaluate, consolidate and/or eliminate and finally to manage/govern IT assets) to achieve security, interoperability and return on investment for all Navy IT investments and total Navy IT Asset Visibility (cost and configuration). This effort will be piloted within one Navy organization (OPNAV N1/Bureau of Personnel (BUPERS)) for a minimum of three months starting now. Additionally, while this pilot is being conducted, another Navy organization (United States Fleet Forces Command (USFFC) will conduct pre-planning for the execution of LNR (incorporating the lessons learned and processes developed during the BUPERS pilot) and subsequent execution of this effort within one region in the United States (South East (SE) Region) beginning tentatively in late January to early February of 2007. The conduct of the BUPERS pilot does not eliminate the requirement to return to the BUPERS locations within the SE region to effect the first two phases (Due Diligence and Analysis) of LNR execution. During the BUPERS pilot, LNR pre-planning and initial execution of LNR in SE region, capabilities, limitations, and processes associated with the use of the tool for asset discovery, network mapping, linking of IT asset costs to actual IT assets are particularly important. OPNAV N6 will execute the pilot and act as the Command Authority in coordination with Department of Navy Chief Information Officer (DON CIO) and Assistant Secretary of Navy for Research Development and Acquisition (ASN (RDA)). As such OPNAV N6 will provide the long-range vision, define direction and strategy, establish priorities for action, creates a sense of urgency throughout the Navy, and serves as the Navy's advocate and motivator. Based on extensive planning efforts conducted thus far it was determined that critical to the success of this pilot and subsequent regional execution of LNR is the use of an Enterprise IT Asset Discovery and Management Tool that has those capabilities specifically identified in enclosure (1), Enterprise IT Asset Discovery and Management Tool Requirements. This statement of work provides the required services to support for the BUPERS pilot, LNR Pre-planning and first two phases (Due Diligence and Analysis) of LNR execution in the South East Region.

2. **<u>ENCLOSURES:</u>** <u>(1) Enterprise IT Asset Discovery and Management Tool Requirements Document</u>

3. **<u>SCOPE</u>:** The scope of this work is to provide use of an IT asset discovery and management tool and service satisfying the specific requirements identified in enclosure (1) and to include technical and management support to achieve meaningful results in tool implementation, operation, usage and data analysis for executing the BUPERS Pilot (approximately10 networks), LNR pre-planning and first two phases (Due Diligence and Analysis – approximately 167 networks) of LNR in the SE Region of the United States.

N6 Statement of Work

The contractor shall support OPNAV N6, LNR-pre-planning and first two phases of LNR execution in the SE Region by making the IT Asset Discovery and Management tool and all its associated modules available for use and supporting its implementation, use and data analysis through technical support and user assistance and training.

4. **PERFORMANCE PERIOD:**

4.1. Date of Contract Award through May 2007 with one 3 month option.

5. **PERFORMANCE LOCATION:**

5.1. BUPERS Pilot – Washington DC, Millington, TN, Norfolk, VA
5.2. LNR Pre-Planning – Norfolk, VA
5.3. LNR Southeast Region – Navy Organizations throughout the Southeast Region, United States (Tennessee, Florida, South Carolina, North Carolina, Georgia)

6. **OBJECTIVES**: The objectives of this task authorization include the following:

**6.1. IT Asset Management Technical Support**

6.1.1. Support the implementation of an IT asset discovery and management tool per specific LNR requirements identified in enclosure (1).

6.1.2. Provide responsive and comprehensive technical support in sustaining the IT asset discovery and management tool and any associated tool modules.

6.1.3. Coordinate with network representatives to design tailored solutions in implementing the IT asset discovery and management tool that minimizes disruptions and network latency for the network end user and complies with Department of Defense (DoD) and DON security policies.

**6.2. IT Asset Management User Support**

6.2.1. Provide user support in implementing and sustaining the IT asset discovery and management tool and any associated tool modules.

6.2.2. Provide user training as required in the implementation, sustainment, and proper utilization of the IT asset discovery and management tool and any associated tool modules.

6.2.3. Assist IT Portfolio Managers with the design and integration of IT processes that leverage the IT asset discovery and management tool and any associated tool modules.

7. **REQUIREMENTS**: The contractor shall deliver the following requirements in achieving the previous stated objectives:

7.1. Support the implementation of an enterprise IT asset discovery and management tool and any associated modules as a service in support of the BUPERS Pilot and the first two phases (Due Diligence and Analysis) of LNR in the SE region.

7.2. Provide responsive and comprehensive technical and operational support in sustaining the IT asset discovery and management tool and any associated tool modules both on site and remotely as required. This support shall include development of solutions to allow the IT asset tool and its various modules to be implemented from various network locations such that firewall port blockage, router configurations and personnel desktop firewalls do not prevent scanning for software

usage, license entitlement determination so complete asset discovery and utilization of the tools capabilities are realized.

**7.3.** Support the efforts to coordinate with network representatives to design tailored solutions in implementing the IT asset discovery and management tool and any associated tool modules that minimizes disruptions and network latency for the network end user and complies with DoD and DON security policies.

**7.4.** Provide direct on site IT asset discovery and management tool technical and operational support to OPNAV N6 and NETWARCOM for duration of the contract or as determined required by the respective contract points of contact.

**7.5.** Provide user support in implementing and sustaining the IT asset discovery and management tool and any associated tool modules.

**7.6.** Provide user training as required in the implementation, sustainment in support of this services contract, and proper utilization of the IT asset discovery and management tool and any associated tool modules.

**7.7.** Assist the Navy in achieving a return on investment associated with use of IT asset discovery and management tool and any associated tool modules.

**7.8.** Support efforts to assist IT Portfolio Managers with the design and integration of IT processes that leverage the IT asset discovery and management tool and any associated tool modules.

**7.9.** Assist in the development of processes to more effectively utilize the IT asset discovery and management tool in support of the Navy initiatives.

**7.10.** Support efforts to brief senior leadership on the progress of legacy network reduction as it pertains to the initial implementation and level of effort required to sustain of the IT asset discovery and management tool and any associated tool modules.

**7.11.** Assist the user in analysis of data to identify opportunities for improved use of resources and Navy's ability to achieve a return on investment.

**7.12.** Support and participate in formal and informal meetings and conference as tasked.

**7.13.** Provide technical and administrative support as required to develop the necessary documentation and architecture to obtain interim authority to operate and authority to operate the IT asset discovery and management tool including all modules on designated Navy enterprise networks and Navy legacy networks. This includes networks classified at secret and below.

**7.14.** Support the development of memorandum of agreement with the Navy Marine Corps Intranet (NMCI) contactor to enable the IT asset discovery and management tool and its associated modules on NMCI.

**7.15.** Support the development of security and access control measures associated with the information acquired by the IT asset discovery and management tool, the aggregation of which may become classified up to secret. Any objective repository housed in Navy's sensitive but unclassified networks will need to be DoD public key infrastructure (PKI) compliant (access controlled only through use of hardware tokens on common access cards.

**7.16.** Provide personnel with appropriate security clearances up to secret as required and determined by the execution authority.

**7.17.** Assist and support the validation of IP address scheme provided by the government as part of the IT asset discovery and cataloging.

**7.18.** Assist in determining the most viable configuration for the IT asset discovery and management tool and its associated modules such that both agent and agent less information is gathered in the most secure possible manner and all the specific LNR capabilities identified in enclosure (1) are achieved.

**8. DELIVERABLES:**

| Event or Deliverable | Due Date | Format | Ref. Para. |
|---|---|---|---|
| OPNAV N6 and NETWARCOM Post Contract Award Conference | 5 Days after contract award | N6 Format | 7 |
| Provide on site (NETWARCOM) Technical and Operational Support | Upon completion of Post Award Conference | NA | 7 |
| Provide on site (OPNAV N6) Technical and Operational Support | Upon completion of Post Award Conference | NA | 7 |
| On site Briefings | As required | N6 Format | 7 |
| Meeting materials (agendas, minutes, etc.) | Monthly and as required | N6 Format | 7 |
| Monthly status/progress report and Monthly Financial report | 10th of Each Month | N6 Format | 7 |
| Implementation of IT Asset Discovery and Management Tool and any associated tool modules for BUPERS Pilot (10 Networks) | Within 3 days of Navy granting IATO for the IT Asset Tool | NA | 7 |
| Provide IT Asset Discovery and Management Tool POA&M for implementation and usage of tool and any associated tool modules | 15 days after contract award | N6 Format | 7 |
| Provide IT Asset Discovery and Management Concept of Operations (CONOPS) for BUPERS pilot | Initial due prior to Tool implementation with subsequent revisions as deemed required by N6 | N6 and NETWARCOM Format | 7 |
| Provide IT Asset Discovery and Management Tool section of the LNR CONOPS | Final upon completion of BUPERS pilot | N6 and NETWARCOM Format | 7 |
| Implementation of IT Asset Discovery and Management Tool and any associated tool modules for SE Region (167 Networks) | Based on LNR Scheduled developed during Pre-Planning | N/A | 7 |
| Provide training documentation and user guides for IT Asset Discovery and Management Tool and any associated tool modules | Within 15 days after contract award | Vendor Format | 7 |
| Provide on site training for technical and user personnel for the IT Asset Discovery and Management Tool and any associated tool modules | As required | N6 Format | 7 |
| Provide IT Asset Discovery and Management Tool reports identifying all IT assets discovered versus IT assets previously identified by the government | Within 1 week of initial deployment and as required thereafter | N6 Format | 7 |
| Provide IT Asset Discovery and Management Tool reports linking financial data to IT assets | Within 1 week of initial deployment and as required thereafter | N6 Format | 7 |
| Provide IT Asset Discovery and Management Tool reports that identify software license entitlements and associated application usage | Within 1 week of initial deployment and as required thereafter | N6 Format | 7 |

| Event or Deliverable | Due Date | Format | Ref. Para. |
|---|---|---|---|
| Provide IT Asset Discovery and Management Tool reports that identify all commercial and non-commercial applications | Within 1 week of initial deployment and as required thereafter | N6 Format | 7 |
| Assist in the documentation and development of the process steps, level of effort required (both government & contractor support), time requirements per step for implementation of the IT asset discovery and management tool for discovery and asset validation, identification and finger printing of government developed applications, linking of government financial information to IT assets identified by the tool, and application and hardware license entitlements. | Starting with each process development and periodically after process implementation and modification during the BUPERS Pilot and first two phases LNR execution in SE region. | N6 Format | 7 |
| Assist in identifying and documenting process changes to reduce the level of effort required (both government & contractor support), time requirements per step for implementation of the IT asset discovery and management tool for discovery and asset validation, identification and finger printing of government developed applications, linking of government financial information to IT assets identified by the tool, and application and hardware license entitlements. | After process implementation and modification during the BUPERS Pilot and first two phases LNR execution in SE region. | N6 Format | 7 |

## 9. POINTS OF CONTACT:

### 8.1. OPNAV N6:

Timothy J. Traverso
Technical Director N61/DON Deputy CIO Navy
Phone: 703-604-7808
Cell: 703-855-4956
Fax: 703-604-7858
EMAIL: timothy.traverso@navy.mil or timothy.traverso@navy.smil.mil

### 8.2. NETWARCOM:

Neal Miller
Network Reduction Task Force PRECOMUNIT
neal.miller@navy.mil or neal.miller@navy.smil.mil
DSN 537-6783, (757) 417-6783