# In the United States Court of Federal Claims

No. 07-724C

(Filed: October 31, 2007)

* * * * * * * * * * * * * * * * * * * * * * * *

ERACENT, INC.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*

and

DLT SOLUTIONS, INC.,

*Intervenor*.

* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pending is defendant's unopposed motion for leave to file corrected copy of motion to dismiss, cross-motion for judgment upon the administrative record, and opposition to plaintiff's motion for judgment on the administrative record. That motion is granted.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge