IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ERACENT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Bid Protest |
| | ) | |
| v. | ) | No. 07-724C |
| | ) | (Judge Bruggink) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant; | ) | |
| | ) | |
| and | ) | |
| | ) | |
| DLT SOLUTIONS, INC. | ) | |
| | ) | |
| Intervenor. | ) | |

DEFENDANT'S MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD

Defendant, the United States, respectfully requests leave of the Court to supplement the administrative record in this case with the attached supplemental declaration of Alice Lawaetz. As discussed at oral argument on November 6, 2007, Ms. Lawaetz's declaration is responsive to the supplemental declaration of Walter Szablowski filed by plaintiff, Eracent, Inc. ("Eracent"), on November 2, 2007, and may assist the Court's understanding of some of the technical issues involved in this matter. See Mike Hooks, Inc. v. United States, 39 Fed. Cl. 147, 158 (1997) (supplementation appropriate to aid court in understanding "the highly technical nature of the issues") (citing Esch v. Yeutter, 876 F.2d 976, 991 (D.C. Cir.1989)). Because neither counsel for Eracent nor counsel for the intervenor, DLT Solutions, Inc., objected to this motion at oral argument, we understand it to be unopposed.

For these reasons, we respectfully request that the Court grant our motion for leave to supplement the administrative record.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Todd M. Hughes
TODD M. HUGHES
Deputy Director

s/Allison Kidd-Miller
ALLISON KIDD-MILLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-3020
Fax: (202) 307-0972

Attorneys for Defendant

Of Counsel:

LORI A. SMITH
Counsel
Department of the Navy
Naval Inventory Control Point
5450 Carlisle Pike
Mechanicsburg, PA 17055

November 8, 2007

CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 8th day of November, 2007, a copy of the foregoing "DEFENDANT'S MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Allison Kidd-Miller