IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ERACENT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Bid Protest |
| | ) | |
| v. | ) | No. 07-724C |
| | ) | (Judge Bruggink) |
| THE UNITED STATES, | ) | |
| | ) | |
| | ) | |
| Defendant; | ) | |
| | ) | |
| and | ) | |
| | ) | |
| DLT SOLUTIONS, INC. | ) | |
| | ) | |
| Intervenor. | ) | |

**SUPPLEMENTAL DECLARATION OF ALICE LAWAETZ**

Alice Lawaetz declares and states as follows:

1. I have reviewed the supplemental declaration provided by the plaintiff, Walter Szablowski, Chairman and President of Eracent, Inc.

2. With all that is said, in the end Mr. Szablowski still does not contend that the Eracent tool can do a direct translation of the BDNA data but offers up, "...standard reporting tools could be used to accomplish this reading."

3. To use the Eracent tool to interpret the BDNA data will certainly require more than a "trivial" amount of manual intervention to include translation of BDNA naming conventions to the naming conventions of Eracent while ensuring consistent definition and correlation of data.

4. Mr. Szablowski now supports my contention that the immediate, seamless use of the BDNA data by the Eracent tool is not possible without an additional effort to include a third-party software product and offers up "[t]here is an entire market of software tools designed to assist in performing this exact function, including Cognos, Crystal Reports, business objects, MicroStrategy, and many others." See Szablowski supplemental declaration para 9. This additional effort and software adds up-front cost for software license purchase, implementation labor, and downstream maintenance.

5. Moreover, Mr. Szablowski's assertion that the Navy needs to have the BDNA data merely "read" betrays a simplistic understanding of the Navy's requirements and completely ignores the Navy's need to quickly and seamlessly run detailed, individual queries to include

software inventories and data on specific groups of hardware. The Navy does not want to simply "read" the data like reading text. Rather, the Navy needs to be able to manipulate the data to create specific reports on data queries. The exercise of the option for the BDNA tool obviated any need to purchase a standard reporting tool to read the BDNA data and ensured that the data from any scans will be in a consistent format and naming convention.

6. In fact, there is now no fundamental difference between our positions, rather the difference is in the amount of effort and cost the Navy will be required to expend. Mr. Szablowski contends that this expenditure will be "trivial." But in truth, the magnitude of the effort is significant enough to include additional software purchases, maintenance, level-of-effort for software purchase and implementation. This is not trivial.

I declare under penalty of perjury that the foregoing is true and correct. Executed on

November 04, 2007.

Alice Lawaetz