# In the United States Court of Federal Claims

**No. 07-724 C**

**ERACENT, INC.,**
**Plaintiff,**

**v.**

**THE UNITED STATES,**
**Defendant,**
**and**

**DLT SOLUTIONS, INC.,**
**Intervenor.**

**JUDGMENT**

Pursuant to the court's Opinion and Order, filed November 13, 2007, denying plaintiff's motion for judgment on the administrative record and request for permanent injunction, and granting defendant and intervenor's cross-motions,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed. No costs.

Brian Bishop
Clerk of Court

**November 14, 2007** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.